# Exhibit 1

**Source:** Pomerantz LLP
July 28, 2014 17:59 ET

# Pomerantz Law Firm Announces the Filing of a Class Action Against Barclays PLC and Certain Officers -- BCS

NEW YORK, July 28, 2014 (GLOBE NEWSWIRE) -- Pomerantz LLP has filed a class action lawsuit against Barclays PLC ("Barclays" or the "Company") (NYSE: BCS) and certain of its officers. The class action, filed in United States District Court, Southern District of New York, and docketed under 14-cv-5797, is on behalf of a class consisting of all persons or entities who purchased Barclays securities between August 2, 2011 and June 25, 2014, inclusive (the "Class Period"). This class action seeks to recover damages against Defendants for alleged violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased Barclays securities during the Class Period, you have until September 26, 2014 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, x237. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

Barclays provides various financial products and services worldwide. The company primarily operates in UK Retail and Business Banking; Europe Retail and Business Banking; Africa Retail and Business Banking; Barclaycard; Investment Bank; Corporate Banking; and Wealth and Investment Management segments.

The Complaint alleges that throughout the Class Period, Defendants made false and/or misleading statements, and failed to disclose material adverse facts regarding the Company's operation of its dark pool. Specifically, during the Class Period, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Barclays engaged in a "systematic pattern of fraud and deceit" by using its dark pool to favor high-frequency traders over its other clients; (ii) the pools were promoted as offering investors protection from predatory traders, while Barclays instead courted HFT firms by charging them lower rates; (iii) Barclays falsely understated the percentage of aggressive HFT activity in its dark pool; (iv) Barclays failed to provide monitoring services it promised to investors which would protect the dark pool from aggressive, predatory HFTs; (v) Barclays routed a disproportionately high percentage of client orders to its own dark pool while falsely representing that it routed client orders in a manner that did not favor Barclays LX; (vi) Barclays secretly gave HFT firms informational and other advantages over other clients trading in the dark pool; (vii) Barclays' practices subjected it to regulatory scrutiny and significant reputational harm; (viii) and as a result of the above, the Company's financial statements were materially false and misleading at all relevant times.

On June 25, 2014, the New York State office of the Attorney General ("NY AG") issued a press release announcing a lawsuit against Barclays, arising from the operation of Barclays' dark pool and other aspects of its electronic trading division.

The press release stated, in part, that "[T]he complaint alleges Barclays has dramatically increased the market share of its dark pool through a series of false statements to clients and investors about how, and for whose benefit, Barclays operates its dark pool. Contrary to Barclays' representations that it has implemented special safeguards to protect clients from "aggressive" or predatory high-frequency traders, Barclays is accused of operating its dark pool to favor high-frequency traders."

On this news, Barclays' securities fell $1.16, or 7.38%, on extraordinarily heavy volume, to close at $14.55 on June 26, 2014.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and San Diego, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late

Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

```
Robert S. Willoughby
Pomerantz LLP
```

Retrieved from "http://globenewswire.com/news-release/2014/07/28/653958/10091548/en/Pomerantz-Law-Firm-Announces-the-Filing-of-a-Class-Action-Against-Barclays-PLC-and-Certain-Officers-BCS.html"