# Exhibit 3

| Name | Date Bought | # Shares Bought | Price per Share | Cost | Date Sold | Shares Sold | Price per Share | Proceeds | Shares Retained | Value Retained ($14.59) | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Joseph Waggoner | 6/13/2014 | 61 | (16.23) | ($990.03) |  |  |  |  | 61 | $ 889.99 | ($100.04) |
|  |  |  |  |  |  |  |  |  |  |  |  |