UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>BARCLAYS PLC, BOB DIAMOND, ANTONY JENKINS, CHRIS LUCAS and TUSHAR MORZARIA,<br><br>Defendants. | **Case No. 1:14-cv-05797-SAS**<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF THE MOTION BY MOHIT SAHNI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Jeremy A. Lieberman, declare:

1. I am an attorney with the law firm of Pomerantz LLP [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion of Mohit Sahni ("Movant") for Appointment as Lead Plaintiff, and for approval Counsel.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

    Exhibit A:    PSLRA Early Notice;

    Exhibit B:    PSLRA certification of Movant;

    Exhibit C:    Movant's loss chart

    Exhibit D:    Firm resume of Pomerantz LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 26th day of September, 2014, in New York, New York.

    /s/ Jeremy A. Lieberman
    Jeremy A. Lieberman