**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BARBARA STROUGO, INDIVIDUALLY        Case No. 1:14-cv-05797 (SAS)
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,
        Plaintiff,                **CLASS ACTION**

        v.                          **NOTICE OF WITHDRAWAL OF LEAD**
                                     **PLAINTIFF MOTION OF JOSEPH**
BARCLAYS PLC, BOB DIAMOND,           **WAGGONER**
ANTONY JENKINS, CHRIS LUCAS and
TUSHAR MORZARIA,

        Defendants.
-------------------------------------------------------X

      **PLEASE TAKE NOTICE,** after having reviewed the competing lead plaintiff motion, it appears that Mohit Sahni has the largest financial interest. As such, Joseph Waggoner hereby withdraws his lead plaintiff motion, dkt. # 4.

      This withdrawal shall have no impact on Mr. Waggoner's membership in the proposed class and his right to share in any recovery obtained for class members in this action. Mr. Waggoner reserves his right to serve as a representative plaintiff in this action should the Court find that any representative party is atypical, inadequate, or is otherwise disqualified.

2

Dated: September 30, 2014                                  Respectfully submitted,

                                                           THE ROSEN LAW FIRM, P.A

                                                           /s/ Phillip Kim
                                                           Phillip Kim, Esq. (PK 9384)
                                                           Laurence M. Rosen, Esq. (LR 5733)
                                                           275 Madison Avenue, 34th Floor
                                                           New York, NY 10016
                                                           Telephone: (212) 686-1060
                                                           Fax: (212) 202-3827

                                                           Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 30th day of September, 2014, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Philip Kim