UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>BARCLAYS PLC, BOB DIAMOND, ANTONY JENKINS, CHRIS LUCAS and TUSHAR MORZARIA,<br><br>Defendants. | Case No. 1:14-cv-05797-SAS<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/2/14 |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
AND APPROVING SELECTION OF COUNSEL**

WHEREAS, the Court has considered the motions for Appointment of Lead Plaintiff and Approval of Counsel,

IT IS HEREBY ORDERED THAT:

### APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

1. Having reviewed all pending Motions and accompanying Memoranda of Law, the Court hereby appoints Mohit Sahni ("Sahni") as Lead Plaintiff. Sahni satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v), has selected and retained Pomerantz LLP as Lead Counsel for the Class in this action.

3. Plaintiff's Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

   (a) to coordinate the briefing and argument of motions;

   (b) to coordinate the conduct of discovery proceedings;

   (c) to coordinate the examination of witnesses in depositions;

   (d) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

   (e) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

   (f) to coordinate all settlements negotiations with counsel for defendants;

   (g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

   (h) to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative

pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.   Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

6.   Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7.   Lead Counsel shall be the contact between plaintiffs' counsels, and shall direct and coordinate the activities of plaintiffs' counsel.

8.   Defendants shall affect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall affect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

**SO ORDERED.**

Dated: October 2, 2014
New York, New York

_____
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York