UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>BARCLAYS PLC, BOB DIAMOND, ANTONY JENKINS, CHRIS LUCAS and TUSHAR MORZARIA,<br><br>Defendants. | Case No. 1:14-cv-05797-SAS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that EMMA GILMORE of Pomerantz LLP, hereby enters an appearance as counsel in the above-captioned action on behalf of Plaintiff, and requests that she be served with all future pleadings.

Dated: New York, New York
        November 12, 2014

**POMERANTZ LLP**

By: /s/ *Emma Gilmore*            .
       Emma Gilmore
       600 Third Avenue, 20th Floor
       New York, New York 10016
       Telephone: 212-661-1100
       Facsimile: 212-661-8665
       Email: egilmore@pomlaw.com