```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/14
```
Scheindlin, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>BARCLAYS PLC, BOB DIAMOND, ANTONY JENKINS, CHRIS LUCAS and TUSHAR MORZARIA,<br><br>Defendants. | Case No. 1:14-cv-05797-SAS<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

## JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND FOR BRIEFING OF ANTICIPATED MOTION TO DISMISS

WHEREAS, on July 28, 2014, Plaintiffs filed their Complaint against Barclays PLC, Bob Diamond, Antony Jenkins, Chris Lucas, and Tushar Morzaria (collectively, "Defendants");

WHEREAS, on October 2, 2014, the Court appointed Mohit Sahni as Lead Plaintiff and Pomerantz LLP as Lead Counsel;

WHEREAS, on November 12, 2014, Defendants agreed to waive service of the Complaint, subject to Plaintiffs' agreement that Defendants preserve all available defenses (including lack of personal jurisdiction), except for the defense of insufficient service of process; and

WHEREAS, the Parties have met, conferred, and agreed to a schedule for filing an amended complaint and for the briefing of Defendants' anticipated motion to dismiss that complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. Lead Plaintiff shall file and serve the amended complaint no later than December ~~19~~ 15, 2014;

2. Defendants shall answer or otherwise respond to the amended complaint no later than January ~~28~~ 19, 2015;

3. If Defendants move to dismiss the amended complaint, opposition papers shall be served and filed no later than ~~March 9, 2015~~ Feb 16;

4. Any reply papers shall be served and filed no later than ~~April 8~~ Mar 2, 2015; and

5. ~~Any hearing on the motion shall be conducted on ___, at ___ a.m., or at the Court's earliest convenience.~~

The parties have agreed to reserve all other rights.

Dated: November 12, 2014
       New York, New York

Respectfully submitted,

POMERANTZ LLP

_____
Jeremy A. Lieberman
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Attorney for Plaintiff*

SULLIVAN & CROMWELL LLP

_____
Jeffrey T. Scott
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
scottj@sullcrom.com

*Attorney for Defendants*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: Nov. 13, 2014

_____
Hon. Shira A. Scheindlin
United States District Judge

2