UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
BARBARA STROUGO, Individually and on Behalf of   :
All Others Similarly Situated,                   :
                                                 :
                              Plaintiff(s),      :
                                                 :   Civil Action No.:
              -against-                          :   1:14-cv-05797-SAS
                                                 :
BARCLAYS PLC, BARCLAYS CAPITAL INC.,             :
ROBERT DIAMOND, ANTONY JENKINS,                  :
CHRISTOPHER LUCAS, TUSHAR MORZARIA, and          :
WILLIAM WHITE,                                   ::
                                                 ::
                              Defendants.        ::
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendants Barclays Capital Inc. and William White.  I certify that I am admitted to practice in this Court.

Dated: January 20, 2015
       New York, New York

                                        By:  /s/ Brent J. McIntosh
                                             Brent J. McIntosh
                                             SULLIVAN & CROMWELL LLP
                                             1700 New York Avenue, N.W. Suite 700
                                             Washington, D.C. 20006-5215
                                             Telephone:  (202) 956-7500
                                             Facsimile:  (202) 293-6330
                                             Email:  mcintoshb@sullcrom.com

                                             *Attorney for Defendants Barclays PLC,
                                             Barclays Capital Inc., Robert Diamond,
                                             Antony Jenkins, Christopher Lucas,
                                             Tushar Morzaria, and William White*