UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
BARBARA STROUGO, Individually and on Behalf of : 
All Others Similarly Situated,  :
:
:
Plaintiff(s),  :   Civil Action No.:
:   1:14-cv-05797-SAS
-against-  :
:
:
BARCLAYS PLC, BARCLAYS CAPITAL INC.,  :
ROBERT DIAMOND, ANTONY JENKINS,  :
CHRISTOPHER LUCAS, TUSHAR MORZARIA, and  :
WILLIAM WHITE,  ::
::
Defendants.  ::
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendants Barclays Capital Inc. and William White.  I certify that I am admitted to practice in this Court.

Dated: January 20, 2015
       New York, New York

By:   /s/ Matthew A. Schwartz
      Matthew A. Schwartz
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, NY  10004
      Telephone:  (212) 558-4000
      Facsimile:  (212) 558-3588
      Email:  schwartzmatthew@sullcrom.com

      *Attorney for Defendants Barclays PLC,*
      *Barclays Capital Inc., Robert Diamond,*
      *Antony Jenkins, Christopher Lucas,*
      *Tushar Morzaria, and William White*