UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
BARBARA STROUGO, Individually and on Behalf of   :
All Others Similarly Situated,
:
:
Plaintiff(s),   :
:   Civil Action No.:
-against-   :   1:14-cv-05797-SAS
:
:
BARCLAYS PLC, BARCLAYS CAPITAL INC.,   :
ROBERT DIAMOND, ANTONY JENKINS,   :
CHRISTOPHER LUCAS, TUSHAR MORZARIA, and   :
WILLIAM WHITE,   ::
::
Defendants.
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendants Barclays Capital Inc. and William White.  I certify that I am admitted to practice in this Court.

Dated:  January 20, 2015
        New York, New York

By:  /s/ Andrew H. Reynard
     Andrew H. Reynard
     SULLIVAN & CROMWELL LLP
     125 Broad Street
     New York, NY  10004
     Telephone:  (212) 558-4000
     Facsimile:  (212) 558-3588
     Email:  reynarda@sullcrom.com

     *Attorney for Defendants Barclays PLC,
     Barclays Capital Inc., Robert Diamond,
     Antony Jenkins, Christopher Lucas,
     Tushar Morzaria, and William White*