UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
BARBARA STROUGO, Individually and on Behalf of    :
All Others Similarly Situated,                                          :
:
:
Plaintiff(s),    :
:   Civil Action No.:
-against-    :   1:14-cv-05797-SAS
:
:
BARCLAYS PLC, BARCLAYS CAPITAL INC.,    :
ROBERT DIAMOND, ANTONY JENKINS,    :
CHRISTOPHER LUCAS, TUSHAR MORZARIA, and   :
WILLIAM WHITE,    ::
::
Defendants.    ::
-------------------------------------------------------------------x

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendants Barclays Capital Inc. and William White.  I certify that I am admitted to practice in this Court.

Dated:  January 20, 2015
          New York, New York

By:  /s/ John J. Hughes, III
John J. Hughes, III
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  hughesj@sullcrom.com

*Attorney for Defendants Barclays PLC,*
*Barclays Capital Inc., Robert Diamond,*
*Antony Jenkins, Christopher Lucas,*
*Tushar Morzaria, and William White*