UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BARBARA STROUGO, Individually and on Behalf of
All Others Similarly Situated,

                      Plaintiff(s),

              -against-                    Civil Action No.:
                                                     1:14-cv-05797-SAS

BARCLAYS PLC, BARCLAYS CAPITAL INC.,
ROBERT DIAMOND, ANTONY JENKINS,
CHRISTOPHER LUCAS, TUSHAR MORZARIA, and
WILLIAM WHITE,

                      Defendants.
------------------------------------------------------------------x

## BARCLAYS CAPITAL INC.'S RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to Federal Rule of Civil Procedure 7.1, defendant Barclays Capital Inc., by and through its undersigned counsel, discloses that it is a subsidiary of Barclays Group US Inc., which is in turn a subsidiary of Barclays Bank PLC, which is in turn a subsidiary of defendant Barclays PLC, and that no other publicly traded company owns 10% or more of the stock of defendant Barclays Capital Inc.

Dated:  January 20, 2015               Respectfully submitted,
        New York, New York

                                          /s/ Jeffrey T. Scott
                                          Jeffrey T. Scott
                                          SULLIVAN & CROMWELL LLP
                                          125 Broad Street
                                          New York, New York  10004
                                          Telephone:  (212) 558-4000
                                          Facsimile:  (212) 558-3588
                                          scottj@sullcrom.com

                                          *Attorney for Defendant Barclays Capital Inc.*