**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, | : : : : : |
| Plaintiff(s), | : : : |
| v. | : : **Case No. 14-cv-5797 (SAS)** : : |
| BARCLAYS PLC, BARCLAYS CAPITAL, INC., ROBERT DIAMOND, ANTONY JENKINS, CHRISTOPHER LUCAS, TUSHAR MORZARIA, and WILLIAM WHITE, | : : : : : : |
| Defendants. | : |

**DECLARATION OF EMMA GILMORE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES AND APPOINTMENT OF CLASS COUNSEL**

Emma Gilmore declares under penalty of perjury:

1.     I am an attorney associated with Pomerantz LLP, proposed Class counsel for Lead Plaintiff Lead Plaintiff Mohit Sahni and Plaintiff Joseph Waggoner (collectively, "Plaintiffs"). I submit this Declaration in support of Plaintiffs' Motion for Class Certification, appointment of Class Representatives and appointment of their selection of the law firm of Pomerantz LLP as Class counsel.

2.     Attached hereto as Exhibit A is a true and accurate copy of the Expert Report of Zachary Nye, PH.D., dated July 17, 2015.

Dated:  July 17, 2015

_/s/ Emma Gilmore_

EMMA GILMORE

{00172260;1 }