# EXHIBIT 1

# Barclays PLC - Exhibit 1



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

## Zachary R. Nye

*Email:* zach@scginc.com

---

### Education

**Ph.D. – University of California, Irvine**                          2009
Finance                                                    Irvine, California

- Dissertation: Macro-Augmented Volatility Forecasting.

- Research Interests: Market efficiency of underlying and derivative securities, volatility forecasting, risk management, financial econometrics, valuation and corporate finance.

- Teaching Experience: Corporate Finance, Investments, and Risk Management.

**M.Sc. – London Business School**                                   2004
Finance                                                   London, England

- Earned distinction for Masters Thesis on the informational efficiency of credit-linked notes.

**A.B. – Princeton University**                                      2001
Economics                                             Princeton, New Jersey

---

### Employment History

**Senior Consultant**                                 Summer 2009 - present
Stanford Consulting Group, Inc.                      Redwood City, California

The Stanford Consulting Group, Inc. provides economic research and expert testimony for business litigation, as well as regulatory and legislative proceedings.

Responsibilities include:

- quantifying economic damages (*e.g.*, present value of expected future earnings, price inflation, lost profits, unjust enrichment, reasonable royalties);

- enterprise, project, equity, debt, derivative-security and intellectual-property valuation;

- assessing the informational efficiency of financial securities;

- analyzing fairness opinions related to corporate mergers and acquisitions;

- econometric modeling and analysis;

- marginal cost analysis;

- preparing expert reports and declarations;

- providing deposition and trial testimony; and

- supporting counsel in preparation for cross examination of opposing experts.

# Barclays PLC - Exhibit 1

Project experience includes:

- preliminary damages and loss causation analyses for numerous securities cases;

- the Declaration of Zachary Nye, Ph.D., pertaining to the effect of publicly disclosed information on stock prices, in *Herbalife, Ltd. Securities Litigation* (submitted May 8, 2015);

- the Expert Report of Zachary Nye, Ph.D., pertaining to lost profits and unjust enrichment damages related to certain HEMP-related service contracts, in *L-3 Communications Corporation et al. v. Serco, Inc.* (submitted April 28, 2015);

- the Declaration of Zachary Nye, Ph.D., pertaining to profit margins on HEMP-related service contracts and the information content of consolidated tax returns, in *L-3 Communications Corporation et al. v. Serco, Inc.* (submitted March 5, 2015);

- the Declaration of Zachary Nye, Ph.D., pertaining to the financial interest of a lead plaintiff movant, in *David Banes, et al. v. ITT Educational Services, Inc., et al.* (submitted December 29, 2014);

- expert testimony on stock market efficiency, materiality, loss causation and damages in *City of Austin Police Retirement System, et al. v. Kinross Gold Corporation, et al.* (deposition November 19, 2014);

- expert testimony on business valuation and damages in *El Paso Partners, L.P. Derivative Litigation* (trial testimony November 12 and 13, 2014);

- the Expert Rebuttal Report of Zachary Nye, Ph.D., pertaining to stock market efficiency, materiality, loss causation and damages, in *City of Austin Police Retirement System, et al. v. Kinross Gold Corporation, et al.* (submitted October 20, 2014);

- the Expert Report of Zachary Nye, Ph.D., pertaining to stock market efficiency, materiality, loss causation and damages, in *City of Austin Police Retirement System, et al. v. Kinross Gold Corporation, et al.* (submitted September 18, 2014);

- consulting and litigation support with respect to bond market efficiency in *MGM Mirage Securities Litigation* (September 2014 to present);

- expert testimony on lost profits, unjust enrichment and reasonable royalty damages related to the misappropriation and infringement of intellectual property in *L-3 Communications Corporation, et al. v. Jaxon Engineering & Maintenance, Inc., et al.* (deposition August 7, 2014);

- the Declaration of Zachary Nye, Ph.D., pertaining to stock market efficiency, in *Stephanie Frater, et al. v. Hemispherx Biopharma, Inc., et al.* (submitted August 5, 2014);

- the Report of Zachary Nye, Ph.D., pertaining to lost profits, unjust enrichment and reasonable royalty damages related to the misappropriation and infringement of intellectual property, in *L-3 Communications Corporation, et al. v. Jaxon Engineering & Maintenance, Inc., et al.* (submitted June 9, 2014);

- consulting and litigation support with respect to corporate bond damages in *Plumbers & Pipefitters National Pension Fund, et al. v. Michael J. Burns and Robert C. Richter* (June 2014 to present);

- consulting and litigation support with respect to damages related to fiduciary fraud in *Donald A. Newell, et al. v. YapStone, Inc., et al.* (May 2014 to February 2015);

- expert testimony on lost business damages and replacement cost in *Axa Corporate Solutions Assurance, et al. v. Honeywell International, Inc., et al.* (deposition February 24, 2014);

# Barclays PLC - Exhibit 1

- the Declaration of Zachary Nye, Ph.D., pertaining to lost business damages and replacement cost, in *Axa Corporate Solutions Assurance, et al. v. Honeywell International, Inc., et al.* (submitted February 10, 2014);

- consulting and litigation support with respect to patent valuation and reasonable royalty damages in *Catch a Wave Technologies, Inc. v. Sirius XM Radio Inc.* (January 2014 to April 2014);

- expert testimony on damages in *Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation* (deposition December 6, 2013);

- the Supplemental Report of Zachary Nye, Ph.D. on Damages Incurred by Direct-Action Plaintiffs in *Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation* (submitted November 27, 2013);

- the Declaration of Zachary Nye, Ph.D., pertaining to materiality, loss causation and damages for stock and warrants, in *Heckmann Corporation Securities Litigation* (submitted November 22, 2013);

- the Expert Report of Zachary Nye, Ph.D., pertaining to damages on warrants linked to Highbridge Capital L.P., in *Lehman Brothers Securities and ERISA Litigation* (submitted October 18, 2013);

- expert testimony on business valuation and damages in *El Paso Partners, L.P. Derivative Litigation* (deposition September 24, 2013);

- the Rebuttal Report of Zachary Nye, Ph.D., pertaining to business valuation and damages, in *El Paso Partners, L.P. Derivative Litigation* (submitted September 18, 2013);

- the Rebuttal Report of Zachary Nye, Ph.D. on Damages Incurred by Direct-Action Plaintiffs in *Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation* (submitted September 13, 2013);

- the Report of Zachary Nye, Ph.D., pertaining to business valuation and damages, in *El Paso Partners, L.P. Derivative Litigation* (submitted August 21, 2013);

- the Report of Zachary Nye, Ph.D. on Damages Incurred by Direct-Action Plaintiffs in *Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation* (submitted July 26, 2013);

- consulting and litigation support with respect to damages in *Jason Kaufusi, et al. v. Stryker Corporation, et al*. Conducted a probit regression analysis of cross-sectional data to predict plaintiff's probability of being inviting to the NFL Combine (April 2013 to September 2013);

- consulting with respect to the financial interest of various lead plaintiff movants in a securities litigation (April 2013);

- the Rebuttal Declaration of Zachary Nye, Ph.D., pertaining to stock and warrant market efficiency, in *Heckmann Corporation Securities Litigation* (submitted February 19, 2013);

- consulting and litigation support with respect to damages in *Raymond M. Pfeil, et al. v. State Street Bank and Trust Company* (December 2012);

- expert testimony on stock and warrant market efficiency in *Heckmann Corporation Securities Litigation* (deposition November 9, 2012);

- the Declaration of Zachary Nye, Ph.D., pertaining to stock and warrant market efficiency, in *Heckmann Corporation Securities Litigation* (submitted October 18, 2012);

- consulting with respect to the market microstructure of the primary and secondary markets for U.S. Treasury securities in *TFT-LCD (Flat Panel) Antitrust Litigation* (August 2012 to April 2013);

- consulting with respect to damages and loss causation for cases alleging LIBOR manipulation by major banks (July 2012 to present);

# Barclays PLC - Exhibit 1

- consulting with respect to the impact of dividend payment policy on security risk/volatility, as well as a comparative analysis of long-run investment performance, market risk, firm-specific risk and overall risk in *Vivendi Universal, S.A. Securities Litigation* (April 2012 to May 2012);

- consulting and trial support with respect to loss causation and damages in *Liberty Media Corporation, et al. v. Vivendi Universal, S.A., et al.* (March 2012 to June 2012);

- consulting with respect to the statistical accuracy of fuzzy search algorithms used to identify potentially unclaimed life insurance payables (March 2012 to present);

- the Declaration of Zachary Nye, Ph.D., pertaining to stock market efficiency, in *David Shapiro, et al. v. Matrixx Initiatives, Inc., et al.* (submitted February 20, 2012);

- the Affidavit of Zachary R. Nye in *Northwest & Ethical Investments L.P., et al. v. Sino-Forest Corporation, et al.*, which discusses the assumptions, mechanics and implications of general trading models used to estimate the aggregate number of shares damaged by securities fraud (submitted December 6, 2011);

- the Declaration of Zachary Nye, Ph.D., pertaining to stock market efficiency, in *IndyMac Bancorp, Inc. Securities Litigation* (submitted August 29, 2011);

- consulting for an antitrust lawsuit with respect to the impact of market transparency on transactions costs in an oligopolistic dealer market (June 2011);

- consulting with respect to the valuation of complex interest rate swaps contracted between municipalities and major investment banks (May 2011 to present);

- the Mediation Report of Stanford Consulting Group, Inc. in *Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc. v. DLJ Merchant Banking, Inc., et al.* (submitted April 12, 2011);

- the Expert Report of Zachary Nye, Ph.D. submitted for mediation in *Sadia S.A. Securities Litigation*, which discusses the risk of exotic derivative securities, conducts an event study to parse out confounding non-fraud-related information and estimates aggregate damages using a general trading model (submitted February 25, 2011);

- consulting and litigation support in *Kalitta Air, LLC v. Central Texas Airborne Systems, Inc.* (May 2010 to November 2011); and

- consulting and litigation support for an arbitration trial concerning a specific professional sports arena. Conducted a Poisson regression analysis of panel data (*i.e.*, time-series and cross-sectional) to predict the number of concert and family entertainment events that a specific professional sports arena could have produced under better management (May 2010 to April 2011).

| | |
|---|---|
| **Associate** | Summer 2004 - Summer 2005 |
| Stanford Consulting Group, Inc. | Redwood City, California |
| **Mortgage Consultant** | Fall 2002 - Summer 2003 |
| Woolwich PLC | Oxford, UK |
| **Trading Desk Specialist** | Fall 2001 - Summer 2002 |
| Merrill Lynch, Defined Asset Funds | Plainsboro, New Jersey |

---

## Academic Research

Nye, Zachary and Mark Washburn, 2013, "Macro-Augmented Volatility Forecasting," *Western Decision Sciences Institute Proceedings*. Paper presented at the WDSI Annual Meeting, Long Beach, California, March 27, 2013. Winner of the 2013 Best Theoretical/Empirical Research Paper Awards.

# <u>Barclays PLC - Exhibit 1</u>

Nye, Zachary and Philippe Jorion, 2009, "Macro-Augmented Volatility Forecasting," Working Paper, University of California at Irvine.

Nye, Zachary and Timothy C. Johnson, 2005, "Market Efficiency's Hidden Teeth: An Unambiguous Test for Derivative Securities," Working Paper, London Business School.

---

### Testimony

City of Austin Police Retirement System, *Individually and on Behalf of All Others Similarly Situated* v. Kinross Gold Corporation, et al., United States District Court, Southern District of New York, Civil Action No. 1:12-cv-01203-VEC-KNF
   Deposition     November 19, 2014

In re El Paso Partners, L.P. Derivative Litigation, Court of Chancery of the State of Delaware, C.A. No. 7141-CS
   Deposition     September 24, 2013
   Trial       November 12 and 13, 2014

L-3 Communications Corporation, et al. v. Jaxon Engineering & Maintenance, Inc., et al., United States District Court for the District of Colorado, Civil Action No. 10-cv-02868-MSK-KMT
   Deposition     August 7, 2014

Axa Corporate Solutions Assurance, et al. v. Honeywell International, Inc., et al., Superior Court of the State of Arizona in and for the County of Maricopa, No. CV2011-019334
   Deposition     February 24, 2014

In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation, United States District Court, District of New Jersey, Case Numbers: 2:05-cv-05060-SRC-MAS; 2:07-cv-04546-SRC-CLW; 2:07-cv-04022-SRC-CLW; 2:07-cv-04023-SRC-CLW; 2:07-cv-04021-SRC-CLW; 2:11-cv-06259-SRC-CLW; and 2:07-cv-04024-SRC-CLW
   Deposition     December 6, 2013

In re Heckmann Corporation Securities Litigation, United States District Court for the District of Delaware, Case No. 1:10-cv-00378-LPS-MPT
   Deposition     November 9, 2012