# EXHIBIT 2

## Barclays PLC - Exhibit 2
**Document List**

*From Counsel*

| Material | Document Date |
|---|---|
| Consolidated Second Amended Complaint for Violations of the Federal Securities Laws | 5/26/2015 |

*Obtained By Stanford Consulting Group, Inc.*

| Material | Document Date | Source |
|---|---|---|
| Academic journal articles, reference materials (e.g., books, web sites, and news articles), and court filings | Various | See footnotes to Nye Report |
| Analyst Reports | 8/2/2011 - 6/30/2015 | Thomson Reuters Knowledge |
| SEC filings for Barclays | 2011-2014 | Edgar Pro, Barclays website |
| News articles and conference call transcripts for Barclays | 2011 - 2014 | Factiva |
| Daily closing bid and ask prices for Barclays ADS and London shares and for sample companies on the U.S. and London exchanges | 2011 - 2014 | Bloomberg |
| NYSE stock exchange market activity statistics | 2011 - 2014 | NYSE Factbook (online) |
| London stock exchange market activity statistics | 2011 - 2014 | World Federation of Exchanges |
| Market capitalization data for Barclays and companies on the US and London exchanges | 2011 - 2014 | Bloomberg |
| Total returns and market capitalization for comparables and/or competitors of Barclays | 2010 - 2014 | Bloomberg |
| Price, volume, dividend, shares outstanding data for Barclays ADS and London shares | 2010 - 2014 | Bloomberg |
| Quarterly institutional and insider holdings data for Barclays ADS and London shares | 2011 - 2014 | Alacra On Demand |
| Short interest data for NYSE-listed stocks | 2011 - 2014 | NYSE Factbook |
| Daily index levels for S&P 500 and FTSE 100 index (Bloomberg code TUKXG) | 2011 - 2014 | Bloomberg |
| Short interest for Barclays ADS | 2010 - 2014 | Bloomberg |
| Intraday trading activity for Baclays ADS and London shares on various trading centers | 2011 - 2014 | Bloomberg |
| Short interest and shares outstanding data for NYSE Group companies | 2011 - 2014 | NYSE Factbook (online) |
| NYSE and NYSE Arca Issues Short Interest Report | 2011 - 2014 | http://ir.theice.com |
| Market maker data for Barclays ADS | 2011 - 2014 | NYSE Post & Panel file |