# EXHIBIT 3

# Barclays PLC - Exhibit 3A

**Volume Analysis of ADSs (BCS)**

Source: Bloomberg

| Date | Weekly Volume | Dollar Volume of Trades | Volume as % of Shares Outstanding |
|---|---|---|---|
| 8/12/2011 | 40,064,264 | $459,027,608 | 46.01% |
| 8/19/2011 | 29,614,583 | $323,237,140 | 34.01% |
| 8/26/2011 | 33,274,596 | $333,376,736 | 38.21% |
| 9/2/2011 | 28,668,389 | $317,494,422 | 32.92% |
| 9/9/2011 | 30,485,482 | $295,006,014 | 35.01% |
| 9/16/2011 | 38,850,975 | $380,610,495 | 44.62% |
| 9/23/2011 | 33,709,030 | $309,556,014 | 38.71% |
| 9/30/2011 | 33,517,119 | $341,517,603 | 38.49% |
| 10/7/2011 | 31,664,079 | $311,980,275 | 36.36% |
| 10/14/2011 | 27,735,080 | $312,081,495 | 31.85% |
| 10/21/2011 | 26,003,061 | $294,626,033 | 29.86% |
| 10/28/2011 | 45,388,397 | $588,350,153 | 52.12% |
| 11/4/2011 | 26,144,652 | $310,127,886 | 30.02% |
| 11/11/2011 | 23,862,234 | $270,441,541 | 27.40% |
| 11/18/2011 | 21,529,600 | $229,938,380 | 22.22% |
| 11/25/2011 | 20,145,483 | $194,402,489 | 20.79% |
| 12/2/2011 | 30,102,812 | $338,059,184 | 31.07% |
| 12/9/2011 | 26,429,999 | $312,371,912 | 27.28% |
| 12/16/2011 | 21,720,134 | $233,952,865 | 22.42% |
| 12/23/2011 | 25,455,768 | $277,576,064 | 26.27% |
| 12/30/2011 | 10,364,823 | $113,366,238 | 10.70% |
| 1/6/2012 | 13,029,010 | $151,499,934 | 13.45% |
| 1/13/2012 | 22,953,840 | $273,425,182 | 23.69% |
| 1/20/2012 | 38,816,488 | $521,228,750 | 40.06% |
| 1/27/2012 | 21,624,094 | $300,130,574 | 22.32% |
| 2/3/2012 | 22,742,940 | $321,320,648 | 23.47% |
| 2/10/2012 | 24,388,651 | $360,907,163 | 25.17% |
| 2/17/2012 | 22,218,716 | $338,898,509 | 22.52% |
| 2/24/2012 | 16,344,342 | $251,537,749 | 16.57% |
| 3/2/2012 | 24,272,649 | $383,392,959 | 24.60% |
| 3/9/2012 | 30,892,763 | $469,199,713 | 31.31% |
| 3/16/2012 | 32,173,782 | $503,774,804 | 32.61% |
| 3/23/2012 | 40,315,656 | $631,778,128 | 40.86% |
| 3/30/2012 | 47,978,478 | $760,620,320 | 48.63% |
| 4/5/2012 | 23,179,609 | $333,365,319 | 23.49% |
| 4/13/2012 | 33,707,742 | $460,909,059 | 34.16% |
| 4/20/2012 | 32,241,289 | $444,498,799 | 32.68% |
| 4/27/2012 | 19,671,698 | $274,004,760 | 19.94% |
| 5/4/2012 | 17,204,223 | $241,318,492 | 17.44% |
| 5/11/2012 | 20,711,456 | $273,864,234 | 20.99% |
| 5/18/2012 | 32,237,807 | $377,475,595 | 32.67% |
| 5/25/2012 | 21,119,521 | $245,444,270 | 21.41% |
| 6/1/2012 | 23,253,822 | $259,586,420 | 23.57% |
| 6/8/2012 | 24,427,477 | $282,696,558 | 24.76% |
| 6/15/2012 | 22,802,535 | $274,409,857 | 23.11% |
| 6/22/2012 | 15,924,374 | $200,873,590 | 16.14% |
| 6/29/2012 | 44,790,283 | $489,492,090 | 40.75% |
| 7/6/2012 | 32,875,697 | $345,626,420 | 29.91% |
| 7/13/2012 | 22,437,855 | $229,409,165 | 20.41% |
| 7/20/2012 | 20,755,776 | $207,848,463 | 18.88% |
| 7/27/2012 | 52,223,692 | $506,707,414 | 47.51% |
| 8/3/2012 | 24,545,381 | $255,278,115 | 22.33% |
| 8/10/2012 | 19,934,409 | $223,410,370 | 18.14% |
| 8/17/2012 | 12,872,257 | $150,606,092 | 11.71% |
| 8/24/2012 | 16,943,787 | $205,481,635 | 15.42% |
| 8/31/2012 | 11,879,933 | $139,383,764 | 10.81% |
| 9/7/2012 | 19,277,430 | $237,810,258 | 17.54% |
| 9/14/2012 | 35,901,137 | $506,888,729 | 30.94% |
| 9/21/2012 | 23,600,200 | $344,724,393 | 20.34% |
| 9/28/2012 | 17,865,642 | $251,187,201 | 15.40% |

| Share Turnover | |
|---|---|
| Calendar Days | 1,058 |
| Time Period (years) | 2.897 |
| Shares Out At End of Class Period | 133,392,400 |
| Total Volume in Class Period | 2,801,907,976 |
| Annualized Share Turnover | 725.15% |

| Shares Outstanding | |
|---|---|
| 6/30/2011 | 87,076,600 |
| 11/14/2011 | 96,889,100 |
| 2/16/2012 | 98,663,200 |
| 6/26/2012 | 109,910,600 |
| 9/14/2012 | 116,040,700 |
| 11/14/2012 | 122,493,600 |
| 3/14/2013 | 116,224,500 |
| 7/9/2013 | 113,631,400 |
| 11/13/2013 | 113,524,300 |
| 2/10/2014 | 133,392,400 |
| 7/11/2014 | 147,197,400 |
| 8/22/2014 | 149,908,800 |

## Barclays PLC - Exhibit 3A

**Volume Analysis of ADSs (BCS)**

Source: Bloomberg

| Date | Weekly Volume | Dollar Volume of Trades | Volume as % of Shares Outstanding |
|---|---|---|---|
| 10/5/2012 | 17,198,814 | $245,617,285 | 14.82% |
| 10/12/2012 | 22,330,891 | $324,470,211 | 19.24% |
| 10/19/2012 | 32,421,637 | $502,362,636 | 27.94% |
| 10/26/2012 | 17,716,007 | $264,338,397 | 15.27% |
| 11/2/2012 | 12,226,393 | $185,562,390 | 10.54% |
| 11/9/2012 | 19,788,124 | $298,018,536 | 17.05% |
| 11/16/2012 | 16,668,482 | $248,571,614 | 13.61% |
| 11/23/2012 | 14,755,586 | $234,294,747 | 12.05% |
| 11/30/2012 | 27,428,575 | $428,493,574 | 22.39% |
| 12/7/2012 | 13,816,407 | $219,581,021 | 11.28% |
| 12/14/2012 | 11,744,957 | $191,072,327 | 9.59% |
| 12/21/2012 | 14,759,039 | $253,205,190 | 12.05% |
| 12/28/2012 | 6,690,607 | $113,854,830 | 5.46% |
| 1/4/2013 | 9,978,803 | $176,604,519 | 8.15% |
| 1/11/2013 | 18,572,085 | $348,154,346 | 15.16% |
| 1/18/2013 | 12,927,077 | $245,599,890 | 10.55% |
| 1/25/2013 | 10,256,608 | $194,304,474 | 8.37% |
| 2/1/2013 | 11,983,540 | $228,114,144 | 9.78% |
| 2/8/2013 | 12,466,012 | $230,506,393 | 10.18% |
| 2/15/2013 | 18,806,272 | $379,733,144 | 15.35% |
| 2/22/2013 | 10,035,460 | $191,821,910 | 8.19% |
| 3/1/2013 | 17,913,600 | $327,293,701 | 14.62% |
| 3/8/2013 | 28,836,365 | $540,723,749 | 23.54% |
| 3/15/2013 | 19,793,032 | $375,043,658 | 17.03% |
| 3/22/2013 | 16,565,912 | $298,926,464 | 14.25% |
| 3/28/2013 | 14,068,383 | $245,088,442 | 12.10% |
| 4/5/2013 | 11,173,185 | $195,983,774 | 9.61% |
| 4/12/2013 | 13,120,781 | $238,364,999 | 11.29% |
| 4/19/2013 | 13,489,040 | $239,879,409 | 11.61% |
| 4/26/2013 | 12,221,083 | $221,374,123 | 10.52% |
| 5/3/2013 | 15,200,275 | $274,546,995 | 13.08% |
| 5/10/2013 | 12,693,648 | $242,844,935 | 10.92% |
| 5/17/2013 | 9,028,157 | $176,565,751 | 7.77% |
| 5/24/2013 | 14,697,797 | $288,436,254 | 12.65% |
| 5/31/2013 | 12,037,250 | $234,605,848 | 10.36% |
| 6/7/2013 | 17,883,365 | $343,950,902 | 15.39% |
| 6/14/2013 | 13,630,469 | $255,426,273 | 11.73% |
| 6/21/2013 | 11,664,070 | $210,587,530 | 10.04% |
| 6/28/2013 | 13,837,011 | $240,452,024 | 11.91% |
| 7/5/2013 | 10,459,189 | $180,198,829 | 9.00% |
| 7/12/2013 | 10,040,073 | $182,428,332 | 8.84% |
| 7/19/2013 | 8,227,762 | $157,082,573 | 7.24% |
| 7/26/2013 | 12,113,216 | $239,181,643 | 10.66% |
| 8/2/2013 | 18,684,814 | $334,860,934 | 16.44% |
| 8/9/2013 | 9,378,014 | $165,672,520 | 8.25% |
| 8/16/2013 | 8,581,233 | $152,523,035 | 7.55% |
| 8/23/2013 | 8,497,601 | $151,717,423 | 7.48% |
| 8/30/2013 | 7,734,616 | $135,158,968 | 6.81% |
| 9/6/2013 | 7,852,117 | $143,338,163 | 6.91% |
| 9/13/2013 | 8,985,616 | $172,427,190 | 7.91% |
| 9/20/2013 | 14,999,142 | $279,456,670 | 13.20% |
| 9/27/2013 | 15,419,167 | $266,066,995 | 13.57% |
| 10/4/2013 | 13,152,163 | $229,744,595 | 11.57% |
| 10/11/2013 | 9,618,963 | $168,124,221 | 8.47% |
| 10/18/2013 | 10,180,831 | $182,805,985 | 8.96% |
| 10/25/2013 | 12,684,496 | $222,431,809 | 11.16% |
| 11/1/2013 | 13,490,939 | $227,804,604 | 11.87% |
| 11/8/2013 | 11,243,746 | $182,909,537 | 9.89% |
| 11/15/2013 | 10,991,259 | $178,338,667 | 9.68% |
| 11/22/2013 | 11,301,505 | $185,440,125 | 9.96% |

## Barclays PLC - Exhibit 3A

**Volume Analysis of ADSs (BCS)**

Source: Bloomberg

| Date | Weekly Volume | Dollar Volume of Trades | Volume as % of Shares Outstanding |
|---|---|---|---|
| 11/29/2013 | 16,795,557 | $291,693,712 | 14.79% |
| 12/6/2013 | 9,107,479 | $158,386,556 | 8.02% |
| 12/13/2013 | 10,258,814 | $173,110,181 | 9.04% |
| 12/20/2013 | 13,796,894 | $231,131,617 | 12.15% |
| 12/27/2013 | 11,887,970 | $211,204,951 | 10.47% |
| 1/3/2014 | 6,112,423 | $110,065,641 | 5.38% |
| 1/10/2014 | 12,742,049 | $237,758,566 | 11.22% |
| 1/17/2014 | 10,783,827 | $206,821,295 | 9.50% |
| 1/24/2014 | 8,064,500 | $148,631,912 | 7.10% |
| 1/31/2014 | 8,941,367 | $161,562,734 | 7.88% |
| 2/7/2014 | 9,598,062 | $168,373,694 | 8.45% |
| 2/14/2014 | 18,637,268 | $324,247,807 | 13.97% |
| 2/21/2014 | 6,438,722 | $111,155,789 | 4.83% |
| 2/28/2014 | 12,148,339 | $207,368,518 | 9.11% |
| 3/7/2014 | 13,967,399 | $235,729,809 | 10.47% |
| 3/14/2014 | 24,221,433 | $381,193,048 | 18.16% |
| 3/21/2014 | 20,000,297 | $315,252,075 | 14.99% |
| 3/28/2014 | 12,650,264 | $196,556,957 | 9.48% |
| 4/4/2014 | 19,351,925 | $310,781,250 | 14.51% |
| 4/11/2014 | 14,336,238 | $229,050,161 | 10.75% |
| 4/17/2014 | 9,668,968 | $156,630,972 | 7.25% |
| 4/25/2014 | 8,923,077 | $149,610,609 | 6.69% |
| 5/2/2014 | 12,384,931 | $211,218,111 | 9.28% |
| 5/9/2014 | 20,520,482 | $353,649,525 | 15.38% |
| 5/16/2014 | 10,659,660 | $179,568,029 | 7.99% |
| 5/23/2014 | 8,337,524 | $136,066,034 | 6.25% |
| 5/30/2014 | 6,434,404 | $105,852,773 | 4.82% |
| 6/6/2014 | 8,575,179 | $139,803,104 | 6.43% |
| 6/13/2014 | 5,898,748 | $96,132,988 | 4.42% |
| 6/20/2014 | 7,785,722 | $125,678,052 | 5.84% |
| **Average** | **18,653,052** | **$268,223,278** | **17.7%** |
| **Minimum** | **5,898,748** | **$96,132,988** | **4.4%** |
| **Maximum** | **52,223,692** | **$760,620,320** | **52.1%** |
| **Total** | **2,797,957,784** | **$40,233,491,741** | |

# Barclays PLC - Exhibit 3B

**Volume Analysis of Ordinary Shares (BARC)**

Source: Bloomberg

| Date | Weekly Volume | Pound Volume of Trades | Volume as % of Shares Outstanding |
|---|---|---|---|
| 8/12/2011 | 1,174,912,892 | £2,064,669,848 | 9.64% |
| 8/19/2011 | 817,885,953 | £1,351,723,007 | 6.71% |
| 8/26/2011 | 1,088,198,310 | £1,653,908,607 | 8.93% |
| 9/2/2011 | 746,847,139 | £1,282,224,198 | 6.13% |
| 9/9/2011 | 866,301,989 | £1,317,443,399 | 7.11% |
| 9/16/2011 | 1,144,412,879 | £1,755,225,613 | 9.39% |
| 9/23/2011 | 818,186,468 | £1,205,945,205 | 6.71% |
| 9/30/2011 | 892,057,879 | £1,460,499,423 | 7.32% |
| 10/7/2011 | 842,379,239 | £1,330,134,371 | 6.91% |
| 10/14/2011 | 782,040,749 | £1,390,831,541 | 6.41% |
| 10/21/2011 | 663,539,329 | £1,176,021,058 | 5.44% |
| 10/28/2011 | 1,016,670,829 | £2,017,162,529 | 8.34% |
| 11/4/2011 | 989,673,319 | £1,817,929,294 | 8.12% |
| 11/11/2011 | 619,304,250 | £1,089,785,687 | 5.08% |
| 11/18/2011 | 505,801,332 | £862,657,830 | 4.15% |
| 11/25/2011 | 567,328,891 | £867,297,552 | 4.65% |
| 12/2/2011 | 805,346,642 | £1,445,764,785 | 6.60% |
| 12/9/2011 | 724,230,438 | £1,356,542,363 | 5.94% |
| 12/16/2011 | 549,433,650 | £958,944,815 | 4.50% |
| 12/23/2011 | 443,117,866 | £760,803,335 | 3.63% |
| 12/30/2011 | 99,571,790 | £172,910,429 | 0.82% |
| 1/6/2012 | 526,787,644 | £1,152,778,965 | 4.32% |
| 1/13/2012 | 708,643,572 | £1,360,432,450 | 5.81% |
| 1/20/2012 | 891,966,147 | £1,894,147,792 | 7.31% |
| 1/27/2012 | 561,815,311 | £1,241,389,380 | 4.61% |
| 2/3/2012 | 692,170,815 | £1,547,032,712 | 5.67% |
| 2/10/2012 | 786,609,582 | £1,838,976,770 | 6.45% |
| 2/17/2012 | 758,023,586 | £1,835,214,088 | 6.21% |
| 2/24/2012 | 694,871,445 | £1,702,964,608 | 5.70% |
| 3/2/2012 | 853,556,916 | £2,131,608,162 | 7.00% |
| 3/9/2012 | 744,792,576 | £1,797,688,025 | 6.10% |
| 3/16/2012 | 813,595,848 | £2,012,115,030 | 6.67% |
| 3/23/2012 | 668,607,272 | £1,636,713,880 | 5.48% |
| 3/30/2012 | 860,559,022 | £2,114,576,813 | 7.05% |
| 4/5/2012 | 489,544,678 | £1,098,287,379 | 4.01% |
| 4/13/2012 | 614,913,807 | £1,320,157,474 | 5.04% |
| 4/20/2012 | 715,800,279 | £1,536,315,729 | 5.87% |
| 4/27/2012 | 681,607,944 | £1,452,611,579 | 5.59% |
| 5/4/2012 | 492,638,497 | £1,057,100,657 | 4.03% |
| 5/11/2012 | 477,446,520 | £973,351,359 | 3.90% |
| 5/18/2012 | 865,765,420 | £1,600,805,598 | 7.08% |
| 5/25/2012 | 548,918,782 | £1,008,050,616 | 4.49% |
| 6/1/2012 | 451,812,449 | £802,855,346 | 3.69% |
| 6/8/2012 | 366,769,091 | £697,456,357 | 3.00% |
| 6/15/2012 | 690,487,279 | £1,337,327,177 | 5.64% |
| 6/22/2012 | 563,630,322 | £1,132,160,412 | 4.61% |
| 6/29/2012 | 1,307,045,063 | £2,242,613,490 | 10.68% |
| 7/6/2012 | 1,172,665,648 | £1,960,482,321 | 9.58% |
| 7/13/2012 | 530,194,008 | £869,341,448 | 4.33% |
| 7/20/2012 | 575,171,141 | £919,287,598 | 4.70% |
| 7/27/2012 | 776,525,996 | £1,217,265,422 | 6.35% |
| 8/3/2012 | 593,478,552 | £997,061,040 | 4.85% |
| 8/10/2012 | 510,132,447 | £916,848,742 | 4.17% |
| 8/17/2012 | 575,262,363 | £1,078,815,791 | 4.70% |
| 8/24/2012 | 554,588,228 | £1,065,859,904 | 4.53% |
| 8/31/2012 | 329,400,889 | £611,732,889 | 2.69% |
| 9/7/2012 | 550,798,460 | £1,071,738,147 | 4.50% |
| 9/14/2012 | 928,031,025 | £2,035,626,499 | 7.58% |
| 9/21/2012 | 550,646,521 | £1,236,288,667 | 4.50% |
| 9/28/2012 | 570,199,923 | £1,243,029,568 | 4.66% |

| Share Turnover | |
|---|---|
| Calendar Days | 1,058 |
| Time Period (years) | 2.897 |
| Shares Out At End of Class Period | 16,415,076,000 |
| Total Volume in Class Period | 106,628,528,675 |
| Annualized Share Turnover | 224.25% |

| Shares Outstanding | |
|---|---|
| 6/30/2011 | 12,189,349,000 |
| 8/31/2011 | 12,191,643,000 |
| 9/29/2011 | 12,193,340,000 |
| 10/31/2011 | 12,195,394,000 |
| 11/30/2011 | 12,196,425,000 |
| 12/30/2011 | 12,199,475,000 |
| 1/31/2012 | 12,200,614,000 |
| 2/29/2012 | 12,201,746,000 |
| 3/2/2012 | 12,200,614,000 |
| 3/7/2012 | 12,201,746,000 |
| 4/30/2012 | 12,231,485,000 |
| 5/31/2012 | 12,233,126,000 |
| 6/28/2012 | 12,234,896,000 |
| 7/30/2012 | 12,236,477,000 |
| 8/31/2012 | 12,237,925,000 |
| 10/1/2012 | 12,240,045,000 |
| 10/30/2012 | 12,240,951,000 |
| 12/3/2012 | 12,241,676,000 |
| 12/28/2012 | 12,242,634,000 |
| 1/31/2013 | 12,243,417,000 |
| 2/14/2013 | 12,623,369,000 |
| 2/26/2013 | 12,860,575,000 |
| 2/28/2013 | 12,860,663,000 |
| 4/2/2013 | 12,862,853,000 |
| 5/1/2013 | 12,863,936,000 |
| 5/31/2013 | 12,865,337,000 |
| 7/1/2013 | 12,866,566,000 |
| 8/1/2013 | 12,867,574,000 |
| 9/2/2013 | 12,868,630,000 |
| 9/13/2013 | 12,875,254,000 |
| 9/18/2013 | 16,095,552,000 |
| 11/1/2013 | 16,096,694,000 |
| 12/2/2013 | 16,103,513,000 |
| 12/13/2013 | 16,111,876,000 |
| 1/2/2014 | 16,113,311,000 |
| 2/3/2014 | 16,114,841,000 |
| 3/3/2014 | 16,350,942,000 |
| 3/28/2014 | 16,360,190,000 |
| 4/1/2014 | 16,390,273,000 |
| 5/1/2014 | 16,394,885,000 |
| 5/30/2014 | 16,398,664,000 |
| 6/23/2014 | 16,415,076,000 |
| 7/1/2014 | 16,417,152,000 |
| 8/1/2014 | 16,421,971,000 |
| 9/1/2014 | 16,423,633,000 |
| 9/19/2014 | 16,450,135,000 |
| 10/1/2014 | 16,452,934,000 |

## Barclays PLC - Exhibit 3B

**Volume Analysis of Ordinary Shares (BARC)**

Source: Bloomberg

| Date | Weekly Volume | Pound Volume of Trades | Volume as % of Shares Outstanding |
|---|---|---|---|
| 10/5/2012 | 509,056,898 | £1,133,516,844 | 4.16% |
| 10/12/2012 | 508,847,760 | £1,162,183,238 | 4.16% |
| 10/19/2012 | 654,921,810 | £1,577,370,157 | 5.35% |
| 10/26/2012 | 498,353,278 | £1,157,350,112 | 4.07% |
| 11/2/2012 | 619,898,642 | £1,454,042,274 | 5.06% |
| 11/9/2012 | 455,065,310 | £1,074,831,660 | 3.72% |
| 11/16/2012 | 541,170,093 | £1,281,339,249 | 4.42% |
| 11/23/2012 | 585,176,594 | £1,461,208,939 | 4.78% |
| 11/30/2012 | 1,414,589,260 | £4,881,257,200 | 11.56% |
| 12/7/2012 | 599,660,662 | £1,485,476,079 | 4.90% |
| 12/14/2012 | 554,979,561 | £1,399,781,327 | 4.53% |
| 12/21/2012 | 746,308,872 | £1,972,888,092 | 6.10% |
| 12/28/2012 | 104,211,706 | £274,653,365 | 0.85% |
| 1/4/2013 | 386,866,474 | £1,065,594,722 | 3.16% |
| 1/11/2013 | 774,523,954 | £2,270,676,498 | 6.33% |
| 1/18/2013 | 852,219,624 | £2,522,975,976 | 6.96% |
| 1/25/2013 | 623,229,829 | £1,855,579,919 | 5.09% |
| 2/1/2013 | 620,713,879 | £1,872,550,417 | 5.07% |
| 2/8/2013 | 706,338,346 | £2,073,556,997 | 5.77% |
| 2/15/2013 | 1,065,645,673 | £3,409,986,382 | 8.44% |
| 2/22/2013 | 739,764,076 | £2,331,581,884 | 5.86% |
| 3/1/2013 | 1,015,707,697 | £3,095,526,634 | 7.90% |
| 3/8/2013 | 675,685,472 | £2,089,421,029 | 5.25% |
| 3/15/2013 | 835,873,244 | £2,643,837,864 | 6.50% |
| 3/22/2013 | 852,278,332 | £2,533,059,820 | 6.63% |
| 3/28/2013 | 613,549,515 | £1,752,928,080 | 4.77% |
| 4/5/2013 | 595,172,175 | £1,706,297,182 | 4.63% |
| 4/12/2013 | 531,401,809 | £1,557,223,989 | 4.13% |
| 4/19/2013 | 434,070,249 | £1,258,308,376 | 3.37% |
| 4/26/2013 | 597,216,354 | £1,754,036,640 | 4.64% |
| 5/3/2013 | 580,421,110 | £1,682,615,729 | 4.51% |
| 5/10/2013 | 552,961,789 | £1,713,475,243 | 4.30% |
| 5/17/2013 | 527,388,147 | £1,685,431,258 | 4.10% |
| 5/24/2013 | 670,707,999 | £2,179,594,061 | 5.21% |
| 5/31/2013 | 420,713,346 | £1,354,234,719 | 3.27% |
| 6/7/2013 | 808,734,416 | £2,506,117,032 | 6.29% |
| 6/14/2013 | 613,848,323 | £1,843,323,382 | 4.77% |
| 6/21/2013 | 652,824,696 | £1,911,801,632 | 5.07% |
| 6/28/2013 | 694,842,415 | £1,964,789,247 | 5.40% |
| 7/5/2013 | 929,330,164 | £2,671,478,633 | 7.22% |
| 7/12/2013 | 573,643,680 | £1,735,803,850 | 4.46% |
| 7/19/2013 | 619,898,642 | £1,940,525,742 | 4.82% |
| 7/26/2013 | 493,346,278 | £1,587,698,968 | 3.83% |
| 8/2/2013 | 1,208,887,108 | £3,535,061,655 | 9.39% |
| 8/9/2013 | 420,789,684 | £1,199,592,402 | 3.27% |
| 8/16/2013 | 545,069,419 | £1,555,258,086 | 4.24% |
| 8/23/2013 | 389,870,177 | £1,115,507,887 | 3.03% |
| 8/30/2013 | 381,197,749 | £1,079,807,581 | 2.96% |
| 9/6/2013 | 416,023,562 | £1,215,306,194 | 3.23% |
| 9/13/2013 | 563,665,309 | £1,710,216,944 | 4.38% |
| 9/20/2013 | 944,851,299 | £2,699,078,592 | 5.87% |
| 9/27/2013 | 990,209,881 | £2,665,177,216 | 6.15% |
| 10/4/2013 | 1,094,197,142 | £2,962,330,159 | 6.80% |
| 10/11/2013 | 827,950,001 | £2,253,369,645 | 5.14% |
| 10/18/2013 | 789,482,229 | £2,203,455,048 | 4.90% |
| 10/25/2013 | 717,351,247 | £1,934,462,940 | 4.46% |
| 11/1/2013 | 1,352,218,487 | £3,549,548,856 | 8.40% |
| 11/8/2013 | 1,097,712,493 | £2,771,702,378 | 6.82% |
| 11/15/2013 | 950,058,003 | £2,411,956,713 | 5.90% |
| 11/22/2013 | 508,600,730 | £1,293,016,776 | 3.16% |

## Barclays PLC - Exhibit 3B

**Volume Analysis of Ordinary Shares (BARC)**

Source: Bloomberg

| Date | Weekly Volume | Pound Volume of Trades | Volume as % of Shares Outstanding |
|---|---|---|---|
| 11/29/2013 | 725,096,026 | £1,923,938,702 | 4.50% |
| 12/6/2013 | 586,077,472 | £1,556,946,690 | 3.64% |
| 12/13/2013 | 666,610,425 | £1,710,641,088 | 4.14% |
| 12/20/2013 | 637,132,843 | £1,625,793,317 | 3.95% |
| 12/27/2013 | 172,532,178 | £459,805,006 | 1.07% |
| 1/3/2014 | 249,266,246 | £677,131,863 | 1.55% |
| 1/10/2014 | 899,098,535 | £2,536,615,641 | 5.58% |
| 1/17/2014 | 829,678,712 | £2,419,349,218 | 5.15% |
| 1/24/2014 | 755,533,586 | £2,100,279,579 | 4.69% |
| 1/31/2014 | 620,690,674 | £1,696,950,929 | 3.85% |
| 2/7/2014 | 585,172,321 | £1,563,164,183 | 3.63% |
| 2/14/2014 | 1,400,423,038 | £3,663,506,707 | 8.69% |
| 2/21/2014 | 658,439,700 | £1,695,027,391 | 4.09% |
| 2/28/2014 | 884,266,248 | £2,253,969,265 | 5.49% |
| 3/7/2014 | 544,096,240 | £1,362,555,588 | 3.33% |
| 3/14/2014 | 854,065,115 | £2,014,642,954 | 5.22% |
| 3/21/2014 | 1,048,033,520 | £2,488,245,699 | 6.41% |
| 3/28/2014 | 553,104,302 | £1,290,885,125 | 3.38% |
| 4/4/2014 | 727,418,866 | £1,756,643,710 | 4.44% |
| 4/11/2014 | 769,563,135 | £1,834,553,594 | 4.70% |
| 4/17/2014 | 753,367,762 | £1,812,869,104 | 4.60% |
| 4/25/2014 | 596,014,051 | £1,482,875,475 | 3.64% |
| 5/2/2014 | 576,157,323 | £1,461,433,812 | 3.51% |
| 5/9/2014 | 1,155,361,645 | £2,943,399,506 | 7.05% |
| 5/16/2014 | 721,337,600 | £1,793,266,068 | 4.40% |
| 5/23/2014 | 694,840,273 | £1,675,230,065 | 4.24% |
| 5/30/2014 | 545,764,313 | £1,343,268,005 | 3.33% |
| 6/6/2014 | 590,629,747 | £1,434,545,559 | 3.60% |
| 6/13/2014 | 374,473,547 | £902,652,838 | 2.28% |
| 6/20/2014 | 552,362,019 | £1,301,672,086 | 3.37% |
| **Average** | **693,190,780** | **£1,672,727,820** | **5.2%** |
| **Minimum** | **99,571,790** | **£172,910,429** | **0.8%** |
| **Maximum** | **1,414,589,260** | **£4,881,257,200** | **11.6%** |
| **Total** | **103,978,617,036** | **£250,909,173,059** | |