# EXHIBIT 4

## Barclays PLC - Exhibit 4

**Market Capitalization**

Source: Bloomberg

| Date | Barclays PLC Market Capitalization | Median Market Capitalization | | Barclay's Percentile[1] | | Number of Companies | |
|---|---|---|---|---|---|---|---|
| | | NYSE | London | NYSE | London | NYSE | London |
| 8/2/2011 | $42,723,664,740 | $2,326,310,656 | $59,763,976 | 93.7% | 98.9% | 1,720 | 1,584 |
| 12/30/2011 | $33,518,049,320 | $2,167,480,064 | $49,098,992 | 92.9% | 98.7% | 1,707 | 1,563 |
| 12/31/2012 | $53,010,596,560 | $2,379,710,848 | $60,459,456 | 94.5% | 99.2% | 1,688 | 1,505 |
| 12/31/2013 | $72,989,168,140 | $3,220,785,408 | $77,734,000 | 94.9% | 99.0% | 1,690 | 1,517 |
| 6/25/2014 | $64,405,752,860 | $3,309,031,168 | $87,587,244 | 94.5% | 98.9% | 1,724 | 1,520 |

| Month | Barclays PLC (ADS) | | |
|---|---|---|---|
| | Minimum | Maximum | Average |
| Aug-11 | $29,315,381,940 | $43,485,498,990 | $34,582,025,773 |
| Sep-11 | $26,059,639,050 | $34,990,018,280 | $30,132,640,182 |
| Oct-11 | $28,349,515,500 | $42,219,439,750 | $34,337,621,994 |
| Nov-11 | $28,171,355,520 | $36,738,618,400 | $33,175,964,866 |
| Dec-11 | $31,009,408,020 | $36,680,745,180 | $34,035,681,516 |
| Jan-12 | $34,097,524,240 | $42,972,640,120 | $38,774,690,297 |
| Feb-12 | $43,434,192,960 | $48,375,442,440 | $46,093,384,247 |
| Mar-12 | $45,203,282,280 | $49,539,080,640 | $47,615,110,186 |
| Apr-12 | $39,686,172,360 | $46,488,644,640 | $42,421,606,300 |
| May-12 | $33,789,474,550 | $44,583,759,180 | $37,877,292,100 |
| Jun-12 | $31,504,857,200 | $39,599,429,450 | $36,262,840,360 |
| Jul-12 | $28,476,720,440 | $32,942,457,480 | $31,015,857,865 |
| Aug-12 | $30,744,145,950 | $37,780,119,650 | $35,210,642,736 |
| Sep-12 | $35,153,436,690 | $45,310,913,610 | $42,121,002,104 |
| Oct-12 | $43,115,554,990 | $48,348,173,800 | $45,222,751,225 |
| Nov-12 | $44,465,258,140 | $49,820,674,640 | $46,971,738,788 |
| Dec-12 | $47,926,161,540 | $53,465,519,930 | $50,714,610,386 |
| Jan-13 | $54,204,253,180 | $59,040,092,820 | $57,505,570,278 |
| Feb-13 | $56,013,628,200 | $63,148,398,420 | $59,256,232,876 |
| Mar-13 | $55,525,916,820 | $62,052,703,800 | $58,845,575,715 |
| Apr-13 | $55,149,477,950 | $60,005,204,580 | $57,499,435,210 |
| May-13 | $57,501,793,920 | $64,416,159,520 | $61,943,080,757 |
| Jun-13 | $55,063,638,080 | $62,975,819,720 | $59,212,708,940 |
| Jul-13 | $54,779,413,260 | $64,011,175,800 | $59,658,474,330 |
| Aug-13 | $55,234,069,980 | $57,968,429,880 | $56,881,997,043 |
| Sep-13 | $56,975,850,470 | $71,940,483,960 | $64,383,590,234 |
| Oct-13 | $56,720,912,020 | $72,751,895,040 | $69,218,306,763 |
| Nov-13 | $64,547,750,960 | $71,549,813,720 | $66,336,496,303 |
| Dec-13 | $66,064,657,980 | $72,989,168,140 | $69,571,006,010 |
| Jan-14 | $71,905,654,800 | $78,874,662,240 | $74,729,320,903 |
| Feb-14 | $68,360,726,160 | $73,355,852,880 | $69,969,937,187 |
| Mar-14 | $62,992,011,760 | $69,777,653,520 | $65,320,074,739 |
| Apr-14 | $64,413,768,960 | $70,109,388,480 | $67,051,822,263 |
| May-14 | $65,907,433,680 | $72,670,323,330 | $68,682,643,033 |
| Jun-14 | $64,405,752,860 | $67,685,485,660 | $66,371,314,948 |

**Note:**

1) Reflects the percentage of companies listed on the NYSE or London Stock Exchange with a market capitalization smaller than Barclays PLC.