# EXHIBIT 5

## Barclays PLC - Exhibit 5A

**5-Minute ADS Price Differences Between All U.S. Trading Centers and NYSE**

**Sample: Prices at the end of each 5-minute interval during the Class Period**

Source: Bloomberg

| 5-Minute Price Difference from NYSE | | | | |
|---|---|---|---|---|
| **Trading Center** | **Average** | **Median** | **% < $0.10** | **Max** |
| FINRA ADF | $0.000 | $0.000 | 100.000% | $0.06 |
| NYSE Arca | $0.000 | $0.000 | 100.000% | $0.06 |
| NASDAQ Intermarket | $0.000 | $0.000 | 100.000% | $0.06 |
| BATS X | $0.000 | $0.000 | 100.000% | $0.07 |
| EDGX | $0.000 | $0.000 | 99.998% | $0.07 |
| NASDAQ OMX BX | $0.000 | $0.000 | 100.000% | $0.08 |
| EDGA | $0.000 | $0.000 | 99.998% | $0.19 |
| BATS Y | $0.000 | $0.000 | 99.998% | $0.12 |
| NASDAQ OMX PSX | $0.000 | $0.000 | 99.973% | $0.15 |
| Chicago Stock Exchange | $0.002 | $0.000 | 98.985% | $0.16 |
| **Combined** | **$0.000** | **$0.000** | **99.997%** | **$0.19** |

## Barclays PLC - Exhibit 5B

**5-Minute Price Differences Between Barclays ADSs (BCS) and London Shares (BARC)**

**Sample: Prices at the end of each 5-minute interval during the Class Period when both markets were open**[1]

Source: Bloomberg

| 5-Minute Price Difference | | | | |
|---|---|---|---|---|
| Comparison | Average | Median | % < $0.10 | Max |
| U.S. v. U.K. Trading Centers | -$0.005 | $0.000 | 98.161% | $0.152 |

**Notes:**

1) U.S. markets and the LSE are open simultaneously from 9:30AM Eastern to 11:35AM Eastern.

# Barclays PLC - Exhibit 5C

**Contemporaneous Daily Return Correlation & Cross Autocorrelation**

Source: Bloomberg

| Contemporaneous Correlation Coefficient[1] | **0.999** |
|---|---|
| Cross Autocorrelation Coefficient[2] | -0.011 |
| Observations[3] | 706 |
| $t$-Statistic[4] | -0.304 |
| $p$-Value[5] | 0.761 |

**Notes:**

1) A contemporaneous correlation coefficient of 1.000 implies that a linear equation perfectly describes the relationship between Barclays' ADS and London share returns during the Class Period.

2) A cross autocorrelation coefficient of 0.000 implies that Barclays' ADS returns were linearly independent of lagged London share returns during the Class Period.

3) Sample consists of daily returns calculated using the 9:30AM Eastern prices on trading days when both market were open during the Class Period.

4) The $t$-Statistic tests the null hypothesis that the cross autocorrelation coefficient was 0.000 during the Class Period.

5) A p-value greater than 0.050 indicates that the null hypothesis cannot be rejected at the 95% confidence level.