# EXHIBIT 7

# Barclays PLC - Exhibit 7

**List of SEC Filings with Received Date during the Class Period**

Source: Edgar Pro (http://pro.edgar-online.com/)

| Count | Form Type | Company (Filer) | Received | Period |
|---|---|---|---|---|
| 1 | 6-K | BARCLAYS PLC | 8/2/2011 | 8/2/2011 |
| 2 | 6-K | BARCLAYS PLC | 8/2/2011 | 8/2/2011 |
| 3 | 6-K | BARCLAYS PLC | 8/2/2011 | 8/2/2011 |
| 4 | 13F-HR | BARCLAYS PLC | 8/12/2011 | 6/30/2011 |
| 5 | 6-K | BARCLAYS PLC | 9/1/2011 | 8/3/2011 |
| 6 | 6-K | BARCLAYS PLC | 9/23/2011 | 9/22/2011 |
| 7 | 6-K | BARCLAYS PLC | 10/3/2011 | 9/2/2011 |
| 8 | 6-K | BARCLAYS PLC | 10/25/2011 | 10/25/2011 |
| 9 | 6-K | BARCLAYS PLC | 10/26/2011 | 10/26/2011 |
| 10 | 6-K | BARCLAYS PLC | 10/31/2011 | 10/31/2011 |
| 11 | 6-K | BARCLAYS PLC | 10/31/2011 | 10/31/2011 |
| 12 | 6-K | BARCLAYS PLC | 11/1/2011 | 10/4/2011 |
| 13 | 13F-HR | BARCLAYS PLC | 11/14/2011 | 9/30/2011 |
| 14 | 6-K | BARCLAYS PLC | 11/14/2011 | 11/11/2011 |
| 15 | 6-K | BARCLAYS PLC | 12/1/2011 | 11/1/2011 |
| 16 | 6-K | BARCLAYS PLC | 12/5/2011 | 11/7/2011 |
| 17 | 6-K | BARCLAYS PLC | 12/8/2011 | 12/8/2011 |
| 18 | 6-K | BARCLAYS PLC | 12/16/2011 | 12/16/2011 |
| 19 | 6-K | BARCLAYS PLC | 12/20/2011 | 12/20/2011 |
| 20 | 6-K | BARCLAYS PLC | 1/3/2012 | 12/1/2011 |
| 21 | 6-K | BARCLAYS PLC | 1/5/2012 | 1/5/2012 |
| 22 | 6-K | BARCLAYS PLC | 1/11/2012 | 1/11/2012 |
| 23 | 6-K | BARCLAYS PLC | 2/1/2012 | 1/3/2012 |
| 24 | 6-K | BARCLAYS PLC | 2/10/2012 | 2/10/2012 |
| 25 | 6-K | BARCLAYS PLC | 2/10/2012 | 2/10/2012 |
| 26 | SC 13G/A | BARCLAYS PLC(BLACKROCK INC.) | 2/13/2012 | |
| 27 | 13F-HR | BARCLAYS PLC | 2/14/2012 | 12/31/2011 |
| 28 | SC 13G/A | BARCLAYS PLC(QATAR HOLDING LLC) | 2/14/2012 | |
| 29 | 6-K | BARCLAYS PLC | 2/23/2012 | 2/23/2012 |
| 30 | 6-K | BARCLAYS PLC | 2/28/2012 | 2/28/2012 |
| 31 | 6-K | BARCLAYS PLC | 3/1/2012 | 2/1/2012 |
| 32 | 6-K | BARCLAYS PLC | 3/9/2012 | 3/9/2012 |
| 33 | 6-K | BARCLAYS PLC | 3/13/2012 | 3/13/2012 |
| 34 | 6-K | BARCLAYS PLC | 3/26/2012 | 3/26/2012 |
| 35 | 6-K | BARCLAYS PLC | 3/26/2012 | 3/26/2012 |
| 36 | 6-K | BARCLAYS PLC | 3/30/2012 | 3/30/2012 |
| 37 | 20-F | BARCLAYS PLC | 3/30/2012 | 12/31/2011 |
| 38 | 6-K | BARCLAYS PLC | 4/2/2012 | 3/1/2012 |

# Barclays PLC - Exhibit 7

**List of SEC Filings with Received Date during the Class Period**

Source: Edgar Pro (http://pro.edgar-online.com/)

| Count | Form Type | Company (Filer) | Received | Period |
|---|---|---|---|---|
| 39 | 6-K | BARCLAYS PLC | 4/20/2012 | 4/19/2012 |
| 40 | 6-K | BARCLAYS PLC | 4/26/2012 | 4/26/2012 |
| 41 | 6-K | BARCLAYS PLC | 4/26/2012 | 4/26/2012 |
| 42 | 6-K | BARCLAYS PLC | 4/27/2012 | 4/27/2012 |
| 43 | 6-K | BARCLAYS PLC | 4/27/2012 | 4/27/2012 |
| 44 | 6-K | BARCLAYS PLC | 5/1/2012 | 5/1/2012 |
| 45 | 13F-HR | BARCLAYS PLC | 5/15/2012 | 3/31/2012 |
| 46 | 6-K | BARCLAYS PLC | 5/21/2012 | 5/21/2012 |
| 47 | 6-K | BARCLAYS PLC | 5/23/2012 | 5/23/2012 |
| 48 | 6-K | BARCLAYS PLC | 5/23/2012 | 5/23/2012 |
| 49 | 6-K | BARCLAYS PLC | 6/1/2012 | 5/11/2012 |
| 50 | 6-K | BARCLAYS PLC | 6/6/2012 | 6/6/2012 |
| 51 | 6-K | BARCLAYS PLC | 6/27/2012 | 6/27/2012 |
| 52 | 6-K | BARCLAYS PLC | 6/27/2012 | 6/27/2012 |
| 53 | 6-K | BARCLAYS PLC | 6/29/2012 | 6/28/2012 |
| 54 | 6-K | BARCLAYS PLC | 7/2/2012 | 5/11/2012 |
| 55 | 6-K | BARCLAYS PLC | 7/2/2012 | 7/2/2012 |
| 56 | 6-K | BARCLAYS PLC | 7/3/2012 | 7/3/2012 |
| 57 | 6-K | BARCLAYS PLC | 7/3/2012 | 7/3/2012 |
| 58 | 6-K | BARCLAYS PLC | 7/10/2012 | 7/10/2012 |
| 59 | 6-K | BARCLAYS PLC | 7/25/2012 | 7/25/2012 |
| 60 | 6-K | BARCLAYS PLC | 7/27/2012 | 7/27/2012 |
| 61 | 6-K | BARCLAYS PLC | 7/27/2012 | 7/27/2012 |
| 62 | 6-K | BARCLAYS PLC | 8/1/2012 | 7/4/2012 |
| 63 | S-8 | BARCLAYS PLC | 8/7/2012 | |
| 64 | 6-K | BARCLAYS PLC | 8/9/2012 | 8/9/2012 |
| 65 | 13F-HR | BARCLAYS PLC | 8/14/2012 | 6/30/2012 |
| 66 | 6-K | BARCLAYS PLC | 8/21/2012 | 8/9/2012 |
| 67 | 6-K | BARCLAYS PLC | 8/29/2012 | 8/29/2012 |
| 68 | 6-K | BARCLAYS PLC | 8/30/2012 | 8/30/2012 |
| 69 | 6-K | BARCLAYS PLC | 8/30/2012 | 8/30/2012 |
| 70 | 6-K | BARCLAYS PLC | 9/4/2012 | 8/14/2012 |
| 71 | 6-K | BARCLAYS PLC | 10/1/2012 | 10/1/2012 |
| 72 | 6-K | BARCLAYS PLC | 10/3/2012 | 10/3/2012 |
| 73 | 6-K | BARCLAYS PLC | 10/9/2012 | 10/8/2012 |
| 74 | 6-K | BARCLAYS PLC | 10/15/2012 | 10/15/2012 |
| 75 | 6-K | BARCLAYS PLC | 10/18/2012 | 10/18/2012 |
| 76 | 6-K | BARCLAYS PLC | 10/19/2012 | 10/19/2012 |

# Barclays PLC - Exhibit 7

**List of SEC Filings with Received Date during the Class Period**

Source: Edgar Pro (http://pro.edgar-online.com/)

| Count | Form Type | Company (Filer) | Received | Period |
|---|---|---|---|---|
| 77 | 6-K | BARCLAYS PLC | 10/31/2012 | 9/30/2012 |
| 78 | 6-K | BARCLAYS PLC | 10/31/2012 | 10/31/2012 |
| 79 | 6-K | BARCLAYS PLC | 11/1/2012 | 11/1/2012 |
| 80 | 6-K | BARCLAYS PLC | 11/1/2012 | 10/1/2012 |
| 81 | 13F-HR | BARCLAYS PLC | 11/14/2012 | 9/30/2012 |
| 82 | 6-K | BARCLAYS PLC | 11/21/2012 | 11/21/2012 |
| 83 | 6-K | BARCLAYS PLC | 12/3/2012 | 12/3/2012 |
| 84 | 6-K | BARCLAYS PLC | 12/6/2012 | 12/6/2012 |
| 85 | 6-K | BARCLAYS PLC | 1/3/2013 | 1/2/2013 |
| 86 | 6-K | BARCLAYS PLC | 2/1/2013 | 2/1/2013 |
| 87 | 6-K | BARCLAYS PLC | 2/4/2013 | 2/4/2013 |
| 88 | 6-K | BARCLAYS PLC | 2/5/2013 | 2/5/2013 |
| 89 | 6-K | BARCLAYS PLC | 2/5/2013 | 2/5/2013 |
| 90 | SC 13G/A | BARCLAYS PLC(BLACKROCK INC.) | 2/8/2013 | |
| 91 | SC 13G/A | BARCLAYS PLC(QATAR HOLDING LLC) | 2/11/2013 | |
| 92 | 6-K | BARCLAYS PLC | 2/12/2013 | 2/12/2013 |
| 93 | 6-K | BARCLAYS PLC | 2/12/2013 | 12/6/2012 |
| 94 | 6-K | BARCLAYS PLC | 2/12/2013 | 2/12/2013 |
| 95 | 6-K | BARCLAYS PLC | 2/13/2013 | 2/13/2013 |
| 96 | 13F-HR | BARCLAYS PLC | 2/14/2013 | 12/31/2012 |
| 97 | 6-K | BARCLAYS PLC | 3/4/2013 | 3/4/2013 |
| 98 | 6-K | BARCLAYS PLC | 3/8/2013 | 3/8/2013 |
| 99 | 6-K | BARCLAYS PLC | 3/12/2013 | 3/12/2013 |
| 100 | IRANNOTICE | BARCLAYS PLC | 3/13/2013 | |
| 101 | 20-F | BARCLAYS PLC | 3/13/2013 | 12/31/2012 |
| 102 | 6-K | BARCLAYS PLC | 3/14/2013 | 3/14/2013 |
| 103 | 6-K | BARCLAYS PLC | 3/21/2013 | 3/21/2013 |
| 104 | 6-K | BARCLAYS PLC | 3/21/2013 | 3/21/2013 |
| 105 | 6-K | BARCLAYS PLC | 4/2/2013 | 4/2/2013 |
| 106 | 6-K | BARCLAYS PLC | 4/10/2013 | 4/10/2013 |
| 107 | 6-K | BARCLAYS PLC | 4/16/2013 | 4/16/2013 |
| 108 | 6-K | BARCLAYS PLC | 4/18/2013 | 4/18/2013 |
| 109 | 6-K | BARCLAYS PLC | 4/22/2013 | 4/22/2013 |
| 110 | 6-K | BARCLAYS PLC | 4/24/2013 | 4/24/2013 |
| 111 | 6-K | BARCLAYS PLC | 4/24/2013 | 4/24/2013 |
| 112 | 6-K | BARCLAYS PLC | 4/25/2013 | 4/25/2013 |
| 113 | 6-K | BARCLAYS PLC | 4/25/2013 | 4/25/2013 |
| 114 | 6-K | BARCLAYS PLC | 5/1/2013 | 5/1/2013 |

# Barclays PLC - Exhibit 7

**List of SEC Filings with Received Date during the Class Period**

Source: Edgar Pro (http://pro.edgar-online.com/)

| Count | Form Type | Company (Filer) | Received | Period |
|---|---|---|---|---|
| 115 | 6-K | BARCLAYS PLC | 5/2/2013 | 5/2/2013 |
| 116 | 13F-HR | BARCLAYS PLC | 5/15/2013 | 3/31/2013 |
| 117 | 6-K | BARCLAYS PLC | 6/6/2013 | 6/6/2013 |
| 118 | 6-K | BARCLAYS PLC | 6/20/2013 | 6/20/2013 |
| 119 | 6-K | BARCLAYS PLC | 6/27/2013 | 6/27/2013 |
| 120 | 6-K | BARCLAYS PLC | 7/1/2013 | 7/1/2013 |
| 121 | 6-K | BARCLAYS PLC | 7/16/2013 | 7/16/2013 |
| 122 | POSASR | BARCLAYS PLC | 7/29/2013 | |
| 123 | FWP | BARCLAYS PLC | 7/30/2013 | |
| 124 | FWP | BARCLAYS PLC | 7/30/2013 | |
| 125 | FWP | BARCLAYS PLC | 7/30/2013 | |
| 126 | FWP | BARCLAYS PLC | 7/30/2013 | |
| 127 | 6-K | BARCLAYS PLC | 7/30/2013 | 7/30/2013 |
| 128 | FWP | BARCLAYS PLC | 7/30/2013 | |
| 129 | 6-K | BARCLAYS PLC | 7/30/2013 | 7/30/2013 |
| 130 | 6-K | BARCLAYS PLC | 7/30/2013 | 7/30/2013 |
| 131 | 6-K | BARCLAYS PLC | 7/30/2013 | 7/30/2013 |
| 132 | 6-K | BARCLAYS PLC | 7/30/2013 | 7/30/2013 |
| 133 | 6-K | BARCLAYS PLC | 8/1/2013 | 8/1/2013 |
| 134 | FWP | BARCLAYS PLC | 8/2/2013 | |
| 135 | FWP | BARCLAYS PLC | 8/5/2013 | |
| 136 | 6-K | BARCLAYS PLC | 8/5/2013 | 8/5/2013 |
| 137 | F-6EF | BARCLAYS PLC(JPMORGAN CHASE BANK, N.A. - ADR DEPOSITARY) | 8/14/2013 | |
| 138 | 13F-HR | BARCLAYS PLC | 8/14/2013 | 6/30/2013 |
| 139 | 6-K | BARCLAYS PLC | 8/14/2013 | 8/13/2013 |
| 140 | 6-K | BARCLAYS PLC | 8/19/2013 | 8/19/2013 |
| 141 | 6-K | BARCLAYS PLC | 9/3/2013 | 9/2/2013 |
| 142 | 6-K | BARCLAYS PLC | 9/4/2013 | 9/4/2013 |
| 143 | POSASR | BARCLAYS PLC | 9/6/2013 | |
| 144 | 6-K | BARCLAYS PLC | 9/6/2013 | 9/6/2013 |
| 145 | 6-K | BARCLAYS PLC | 9/10/2013 | 9/10/2013 |
| 146 | FWP | BARCLAYS PLC | 9/13/2013 | |
| 147 | 6-K | BARCLAYS PLC | 9/16/2013 | 9/16/2013 |
| 148 | POSASR | BARCLAYS PLC | 9/16/2013 | |
| 149 | 6-K | BARCLAYS PLC | 9/16/2013 | 9/16/2013 |
| 150 | 6-K | BARCLAYS PLC | 9/18/2013 | 9/18/2013 |
| 151 | 6-K | BARCLAYS PLC | 9/19/2013 | 9/19/2013 |
| 152 | 6-K | BARCLAYS PLC | 10/1/2013 | 10/1/2013 |

## Barclays PLC - Exhibit 7

**List of SEC Filings with Received Date during the Class Period**

Source: Edgar Pro (http://pro.edgar-online.com/)

| Count | Form Type | Company (Filer) | Received | Period |
|---|---|---|---|---|
| 153 | 6-K | BARCLAYS PLC | 10/2/2013 | 10/2/2013 |
| 154 | 6-K | BARCLAYS PLC | 10/4/2013 | 10/4/2013 |
| 155 | 6-K | BARCLAYS PLC | 10/4/2013 | 10/4/2013 |
| 156 | 424B5 | BARCLAYS PLC | 10/8/2013 | |
| 157 | 6-K | BARCLAYS PLC | 10/9/2013 | 10/9/2013 |
| 158 | 6-K | BARCLAYS PLC | 10/30/2013 | 10/30/2013 |
| 159 | 6-K | BARCLAYS PLC | 10/30/2013 | 10/30/2013 |
| 160 | 6-K | BARCLAYS PLC | 11/1/2013 | 11/1/2013 |
| 161 | FWP | BARCLAYS PLC | 11/4/2013 | |
| 162 | 424B2 | BARCLAYS PLC | 11/4/2013 | |
| 163 | 6-K | BARCLAYS PLC | 11/4/2013 | 11/4/2013 |
| 164 | 6-K | BARCLAYS PLC | 11/8/2013 | 11/8/2013 |
| 165 | 13F-HR | BARCLAYS PLC | 11/14/2013 | 9/30/2013 |
| 166 | FWP | BARCLAYS PLC | 11/14/2013 | |
| 167 | 424B2 | BARCLAYS PLC | 11/15/2013 | |
| 168 | 6-K | BARCLAYS PLC | 11/20/2013 | 11/20/2013 |
| 169 | FWP | BARCLAYS PLC | 12/2/2013 | |
| 170 | 424B2 | BARCLAYS PLC | 12/2/2013 | |
| 171 | 6-K | BARCLAYS PLC | 12/2/2013 | 12/2/2013 |
| 172 | FWP | BARCLAYS PLC | 12/3/2013 | |
| 173 | FWP | BARCLAYS PLC | 12/4/2013 | |
| 174 | 424B2 | BARCLAYS PLC | 12/4/2013 | |
| 175 | 6-K | BARCLAYS PLC | 12/10/2013 | 12/10/2013 |
| 176 | 6-K | BARCLAYS PLC | 1/2/2014 | 1/2/2014 |
| 177 | 6-K | BARCLAYS PLC | 1/7/2014 | 1/7/2014 |
| 178 | 6-K | BARCLAYS PLC | 1/29/2014 | 1/29/2014 |
| 179 | SC 13G/A | BARCLAYS PLC(BLACKROCK INC.) | 2/3/2014 | |
| 180 | 6-K | BARCLAYS PLC | 2/3/2014 | 2/3/2014 |
| 181 | 6-K | BARCLAYS PLC | 2/10/2014 | 2/10/2014 |
| 182 | 6-K | BARCLAYS PLC | 2/11/2014 | 12/31/2013 |
| 183 | 6-K | BARCLAYS PLC | 2/11/2014 | 2/11/2014 |
| 184 | SC 13G/A | BARCLAYS PLC(QATAR HOLDING LLC) | 2/12/2014 | |
| 185 | 13F-HR | BARCLAYS PLC | 2/13/2014 | 12/31/2013 |
| 186 | 6-K | BARCLAYS PLC | 3/3/2014 | 3/3/2014 |
| 187 | 6-K | BARCLAYS PLC | 3/6/2014 | 3/5/2014 |
| 188 | IRANNOTICE | BARCLAYS PLC | 3/14/2014 | |
| 189 | 20-F | BARCLAYS PLC | 3/14/2014 | 12/31/2013 |
| 190 | 6-K | BARCLAYS PLC | 3/25/2014 | 3/25/2014 |

# Barclays PLC - Exhibit 7

**List of SEC Filings with Received Date during the Class Period**

Source: Edgar Pro (http://pro.edgar-online.com/)

| Count | Form Type | Company (Filer) | Received | Period |
|-------|-----------|-----------------|----------|--------|
| 191 | 6-K | BARCLAYS PLC | 4/1/2014 | 4/1/2014 |
| 192 | F-N | BARCLAYS PLC | 4/7/2014 | |
| 193 | S-8 | BARCLAYS PLC | 4/7/2014 | |
| 194 | F-6 POS | BARCLAYS PLC(JPMORGAN CHASE BANK, N.A. - ADR DEPOSITARY) | 4/7/2014 | |
| 195 | 6-K | BARCLAYS PLC | 4/15/2014 | 4/15/2014 |
| 196 | 6-K/A | BARCLAYS PLC | 4/22/2014 | 4/22/2014 |
| 197 | 6-K | BARCLAYS PLC | 4/22/2014 | 4/22/2014 |
| 198 | 6-K | BARCLAYS PLC | 4/24/2014 | 4/24/2014 |
| 199 | 6-K | BARCLAYS PLC | 4/24/2014 | 4/24/2014 |
| 200 | 6-K | BARCLAYS PLC | 4/24/2014 | 4/24/2014 |
| 201 | 6-K | BARCLAYS PLC | 4/24/2014 | 4/24/2014 |
| 202 | 6-K | BARCLAYS PLC | 5/1/2014 | 5/1/2014 |
| 203 | F-N | BARCLAYS PLC | 5/2/2014 | |
| 204 | F-3ASR | BARCLAYS PLC | 5/2/2014 | |
| 205 | 6-K | BARCLAYS PLC | 5/2/2014 | 5/2/2014 |
| 206 | 6-K | BARCLAYS PLC | 5/6/2014 | 3/31/2014 |
| 207 | 6-K | BARCLAYS PLC | 5/6/2014 | 5/6/2014 |
| 208 | 6-K | BARCLAYS PLC | 5/8/2014 | 5/8/2014 |
| 209 | 6-K | BARCLAYS PLC | 5/9/2014 | 5/9/2014 |
| 210 | 425 | BARCLAYS PLC | 5/15/2014 | |
| 211 | 425 | BARCLAYS PLC | 5/15/2014 | |
| 212 | 425 | BARCLAYS PLC | 5/15/2014 | |
| 213 | F-N | BARCLAYS PLC | 5/15/2014 | |
| 214 | F-4 | BARCLAYS PLC | 5/15/2014 | |
| 215 | 13F-HR | BARCLAYS PLC | 5/15/2014 | 3/31/2014 |
| 216 | 6-K | BARCLAYS PLC | 5/21/2014 | 5/21/2014 |
| 217 | 425 | BARCLAYS PLC | 5/22/2014 | |
| 218 | 425 | BARCLAYS PLC | 5/22/2014 | |
| 219 | 6-K | BARCLAYS PLC | 6/2/2014 | 6/2/2014 |
| 220 | 6-K | BARCLAYS PLC | 6/4/2014 | 6/4/2014 |
| 221 | F-4/A | BARCLAYS PLC | 6/5/2014 | |
| 222 | 424B2 | BARCLAYS PLC | 6/11/2014 | |
| 223 | EFFECT | BARCLAYS PLC | 6/11/2014 | |
| 224 | 6-K | BARCLAYS PLC | 6/13/2014 | 6/13/2014 |
| 225 | 6-K | BARCLAYS PLC | 6/13/2014 | 6/13/2014 |
| 226 | 6-K | BARCLAYS PLC | 6/17/2014 | 6/17/2014 |
| 227 | 424B2 | BARCLAYS PLC | 6/25/2014 | |