# EXHIBIT 8

## Barclays PLC - Exhibit 8A

**NYSE Short Interest as a Percentage of Total Shares Outstanding**

| Date | Short Interest | Shares Outstanding | NYSE Short Interest Ratio |
|---|---|---|---|
| 8/15/2011 | 13,739,514,818 | 436,057,075,543 | 3.15% |
| 8/31/2011 | 14,766,409,696 | 436,057,075,543 | 3.39% |
| 9/15/2011 | 15,281,962,241 | 470,684,124,558 | 3.25% |
| 9/30/2011 | 16,087,936,195 | 470,684,124,558 | 3.42% |
| 10/14/2011 | 14,679,009,526 | 471,750,989,006 | 3.11% |
| 10/31/2011 | 14,118,792,215 | 471,750,989,006 | 2.99% |
| 11/15/2011 | 14,052,043,433 | 418,114,322,339 | 3.36% |
| 11/30/2011 | 14,271,199,964 | 418,114,322,339 | 3.41% |
| 12/15/2011 | 13,436,820,381 | 415,612,338,571 | 3.23% |
| 12/30/2011 | 13,317,367,775 | 415,612,338,571 | 3.20% |
| 1/13/2012 | 12,534,302,697 | 414,681,290,765 | 3.02% |
| 1/31/2012 | 12,521,381,935 | 414,681,290,765 | 3.02% |
| 2/15/2012 | 12,565,610,623 | 414,477,714,990 | 3.03% |
| 2/29/2012 | 12,576,361,344 | 414,477,714,990 | 3.03% |
| 3/15/2012 | 12,833,568,653 | 418,040,161,721 | 3.07% |
| 3/30/2012 | 12,632,330,667 | 418,040,161,721 | 3.02% |
| 4/13/2012 | 12,941,173,563 | 421,657,330,251 | 3.07% |
| 4/30/2012 | 13,095,788,568 | 421,657,330,251 | 3.11% |
| 5/15/2012 | 13,458,572,762 | 422,699,504,635 | 3.18% |
| 5/31/2012 | 14,268,795,665 | 422,699,504,635 | 3.38% |
| 6/15/2012 | 14,700,978,002 | 430,380,873,502 | 3.42% |
| 6/29/2012 | 14,115,738,061 | 430,380,873,502 | 3.28% |
| 7/13/2012 | 13,964,545,217 | 428,734,396,268 | 3.26% |
| 7/31/2012 | 13,890,051,826 | 428,734,396,268 | 3.24% |
| 8/15/2012 | 13,816,397,848 | 430,746,003,035 | 3.21% |
| 8/31/2012 | 13,708,679,753 | 430,746,003,035 | 3.18% |
| 9/14/2012 | 14,016,078,401 | 430,234,718,244 | 3.26% |
| 9/28/2012 | 13,585,098,181 | 430,234,718,244 | 3.16% |
| 10/15/2012 | 13,357,217,186 | 430,704,857,411 | 3.10% |
| 10/31/2012 | 13,296,610,132 | 430,704,857,411 | 3.09% |
| 11/15/2012 | 13,604,232,418 | 430,153,664,298 | 3.16% |
| 11/30/2012 | 13,670,086,010 | 430,153,664,298 | 3.18% |
| 12/14/2012 | 13,604,706,393 | 431,575,987,057 | 3.15% |
| 12/31/2012 | 12,903,202,429 | 431,575,987,057 | 2.99% |
| 1/15/2013 | 12,830,185,531 | 377,902,292,400 | 3.40% |
| 1/31/2013 | 12,793,921,946 | 377,902,292,400 | 3.39% |
| 2/15/2013 | 13,108,510,910 | 385,552,235,322 | 3.40% |
| 2/28/2013 | 13,306,414,553 | 385,552,235,322 | 3.45% |
| 3/15/2013 | 13,624,234,644 | 378,469,156,200 | 3.60% |
| 4/15/2013 | 13,356,582,372 | 438,856,960,892 | 3.04% |
| 4/30/2013 | 13,510,931,222 | 438,856,960,892 | 3.08% |

# Barclays PLC - Exhibit 8A

**NYSE Short Interest as a Percentage of Total Shares Outstanding**

| Date | Short Interest | Shares Outstanding | NYSE Short Interest Ratio |
|---|---|---|---|
| 5/15/2013 | 13,510,227,996 | 438,774,855,806 | 3.08% |
| 5/31/2013 | 13,442,785,071 | 438,774,855,806 | 3.06% |
| 6/14/2013 | 13,881,774,684 | 441,761,550,673 | 3.14% |
| 6/28/2013 | 14,189,998,600 | 441,761,550,673 | 3.21% |
| 7/15/2013 | 14,096,181,403 | 443,233,612,645 | 3.18% |
| 7/31/2013 | 13,695,970,901 | 443,233,612,645 | 3.09% |
| 8/15/2013 | 13,749,200,005 | 443,732,047,268 | 3.10% |
| 8/30/2013 | 13,907,136,057 | 443,732,047,268 | 3.13% |
| 9/13/2013 | 14,006,160,681 | 441,162,888,057 | 3.17% |
| 9/30/2013 | 13,650,470,665 | 441,162,888,057 | 3.09% |
| 10/15/2013 | 13,757,582,503 | 445,924,797,190 | 3.09% |
| 10/31/2013 | 13,660,720,628 | 445,924,797,190 | 3.06% |
| 11/15/2013 | 13,940,764,339 | 448,879,247,701 | 3.11% |
| 11/29/2013 | 13,900,072,488 | 448,879,247,701 | 3.10% |
| 12/13/2013 | 13,797,649,483 | 450,443,504,310 | 3.06% |
| 12/31/2013 | 13,418,840,682 | 450,443,504,310 | 2.98% |
| 1/15/2014 | 13,818,675,378 | 452,864,262,471 | 3.05% |
| 1/31/2014 | 13,892,892,403 | 452,864,262,471 | 3.07% |
| 2/14/2014 | 14,256,682,140 | 455,165,588,935 | 3.13% |
| 2/28/2014 | 14,300,818,130 | 455,165,588,935 | 3.14% |
| 3/14/2014 | 14,676,226,301 | 457,527,327,780 | 3.21% |
| 3/31/2014 | 14,522,301,100 | 457,527,327,780 | 3.17% |
| 4/15/2014 | 14,309,439,721 | 459,613,280,677 | 3.11% |
| 4/30/2014 | 14,176,495,526 | 459,613,280,677 | 3.08% |
| 5/15/2014 | 14,122,997,251 | 461,728,900,084 | 3.06% |
| 5/30/2014 | 14,077,442,033 | 461,728,900,084 | 3.05% |
| 6/13/2014 | 14,531,009,466 | 463,563,723,659 | 3.13% |
| 6/30/2014 | 14,630,864,991 | 463,563,723,659 | 3.16% |
| **Class Period Average** | | | **3.17%** |

**Notes:**

Sources: nyxdata.com; and http://ir.theice.com/press-and-publications/press-releases/nyse-regulation/2015/nyse_andarca_shortinterest060915sr.aspx.

# Barclays PLC - Exhibit 8B

**Short Interest of ADSs (BCS)**

Source: Bloomberg

| Date | Short Interest | Change In Short Interest | Shares Outstanding | Short Interest as a % of Shares Outstanding |
|---|---|---|---|---|
| 7/15/2011 | 6,683,125 | - | 87,076,600 | 7.67% |
| 7/29/2011 | 6,717,783 | 34,658 | 87,076,600 | 7.71% |
| 8/15/2011 | 7,781,703 | 1,063,920 | 87,076,600 | 8.94% |
| 8/31/2011 | 12,566,645 | 4,784,942 | 87,076,600 | 14.43% |
| 9/15/2011 | 11,494,400 | (1,072,245) | 87,076,600 | 13.20% |
| 9/30/2011 | 9,448,077 | (2,046,323) | 87,076,600 | 10.85% |
| 10/14/2011 | 7,114,585 | (2,333,492) | 87,076,600 | 8.17% |
| 10/31/2011 | 6,894,998 | (219,587) | 87,076,600 | 7.92% |
| 11/15/2011 | 7,207,313 | 312,315 | 96,889,100 | 7.44% |
| 11/30/2011 | 11,008,890 | 3,801,577 | 96,889,100 | 11.36% |
| 12/15/2011 | 12,308,883 | 1,299,993 | 96,889,100 | 12.70% |
| 12/30/2011 | 10,067,037 | (2,241,846) | 96,889,100 | 10.39% |
| 1/13/2012 | 9,665,673 | (401,364) | 96,889,100 | 9.98% |
| 1/31/2012 | 6,965,865 | (2,699,808) | 96,889,100 | 7.19% |
| 2/15/2012 | 6,744,375 | (221,490) | 96,889,100 | 6.96% |
| 2/29/2012 | 7,146,343 | 401,968 | 98,663,200 | 7.24% |
| 3/15/2012 | 7,376,700 | 230,357 | 98,663,200 | 7.48% |
| 3/30/2012 | 14,822,678 | 7,445,978 | 98,663,200 | 15.02% |
| 4/13/2012 | 14,663,127 | (159,551) | 98,663,200 | 14.86% |
| 4/30/2012 | 7,104,254 | (7,558,873) | 98,663,200 | 7.20% |
| 5/15/2012 | 6,648,253 | (456,001) | 98,663,200 | 6.74% |
| 5/31/2012 | 9,081,256 | 2,433,003 | 98,663,200 | 9.20% |
| 6/15/2012 | 9,092,393 | 11,137 | 98,663,200 | 9.22% |
| 6/29/2012 | 8,236,189 | (856,204) | 109,910,600 | 7.49% |
| 7/13/2012 | 10,512,688 | 2,276,499 | 109,910,600 | 9.56% |
| 7/31/2012 | 5,869,115 | (4,643,573) | 109,910,600 | 5.34% |
| 8/15/2012 | 6,537,328 | 668,213 | 109,910,600 | 5.95% |
| 8/31/2012 | 6,937,292 | 399,964 | 109,910,600 | 6.31% |
| 9/14/2012 | 8,275,122 | 1,337,830 | 116,040,700 | 7.13% |
| 9/28/2012 | 7,291,340 | (983,782) | 116,040,700 | 6.28% |
| 10/15/2012 | 9,677,876 | 2,386,536 | 116,040,700 | 8.34% |
| 10/31/2012 | 9,030,819 | (647,057) | 116,040,700 | 7.78% |
| 11/15/2012 | 7,780,495 | (1,250,324) | 122,493,600 | 6.35% |
| 11/30/2012 | 7,601,172 | (179,323) | 122,493,600 | 6.21% |
| 12/14/2012 | 7,629,026 | 27,854 | 122,493,600 | 6.23% |
| 12/31/2012 | 8,774,603 | 1,145,577 | 122,493,600 | 7.16% |
| 1/15/2013 | 10,445,263 | 1,670,660 | 122,493,600 | 8.53% |
| 1/31/2013 | 8,265,587 | (2,179,676) | 122,493,600 | 6.75% |
| 2/15/2013 | 6,460,527 | (1,805,060) | 122,493,600 | 5.27% |
| 2/28/2013 | 5,684,252 | (776,275) | 122,493,600 | 4.64% |
| 3/15/2013 | 7,163,377 | 1,479,125 | 116,224,500 | 6.16% |
| 3/28/2013 | 8,215,318 | 1,051,941 | 116,224,500 | 7.07% |
| 4/15/2013 | 5,543,921 | (2,671,397) | 116,224,500 | 4.77% |
| 4/30/2013 | 6,238,622 | 694,701 | 116,224,500 | 5.37% |
| 5/15/2013 | 6,368,975 | 130,353 | 116,224,500 | 5.48% |
| 5/31/2013 | 4,041,717 | (2,327,258) | 116,224,500 | 3.48% |
| 6/14/2013 | 3,589,746 | (451,971) | 116,224,500 | 3.09% |
| 6/28/2013 | 3,515,589 | (74,157) | 116,224,500 | 3.02% |
| 7/15/2013 | 3,897,170 | 381,581 | 113,631,400 | 3.43% |
| 7/31/2013 | 4,644,970 | 747,800 | 113,631,400 | 4.09% |

# Barclays PLC - Exhibit 8B

**Short Interest of ADSs (BCS)**

Source: Bloomberg

| Date | Short Interest | Change In Short Interest | Shares Outstanding | Short Interest as a % of Shares Outstanding |
|---|---|---|---|---|
| 8/15/2013 | 3,996,945 | (648,025) | 113,631,400 | 3.52% |
| 8/30/2013 | 5,816,087 | 1,819,142 | 113,631,400 | 5.12% |
| 9/13/2013 | 6,143,037 | 326,950 | 113,631,400 | 5.41% |
| 9/30/2013 | 7,667,581 | 1,524,544 | 113,631,400 | 6.75% |
| 10/15/2013 | 6,208,627 | (1,458,954) | 113,631,400 | 5.46% |
| 10/31/2013 | 4,870,418 | (1,338,209) | 113,631,400 | 4.29% |
| 11/15/2013 | 5,112,883 | 242,465 | 113,524,300 | 4.50% |
| 11/29/2013 | 5,208,821 | 95,938 | 113,524,300 | 4.59% |
| 12/13/2013 | 5,860,319 | 651,498 | 113,524,300 | 5.16% |
| 12/31/2013 | 7,455,388 | 1,595,069 | 113,524,300 | 6.57% |
| 1/15/2014 | 6,718,414 | (736,974) | 113,524,300 | 5.92% |
| 1/31/2014 | 6,856,869 | 138,455 | 113,524,300 | 6.04% |
| 2/14/2014 | 8,079,501 | 1,222,632 | 133,392,400 | 6.06% |
| 2/28/2014 | 9,298,313 | 1,218,812 | 133,392,400 | 6.97% |
| 3/14/2014 | 9,012,944 | (285,369) | 133,392,400 | 6.76% |
| 3/31/2014 | 10,002,229 | 989,285 | 133,392,400 | 7.50% |
| 4/15/2014 | 7,245,079 | (2,757,150) | 133,392,400 | 5.43% |
| 4/30/2014 | 6,263,824 | (981,255) | 133,392,400 | 4.70% |
| 5/15/2014 | 4,521,013 | (1,742,811) | 133,392,400 | 3.39% |
| 5/30/2014 | 4,664,472 | 143,459 | 133,392,400 | 3.50% |
| 6/13/2014 | 5,181,532 | 517,060 | 133,392,400 | 3.88% |
| **Class Period Average** | | | | **6.95%** |