# EXHIBIT 15

# Barclays PLC - Exhibit 15

**Public Float: Reported Shares Outstanding Minus Total Insider Holdings**

Source: Alacra on Demand, Bloomberg

| Public Float of Barclays ADR (BCS) | | | | |
|---|---|---|---|---|
| **Reporting Date** | **Reported Shares Outstanding** | **Total Insider Holdings** | **Float (Shares)** | **Float (%)** |
| 8/2/2011 | 87,076,600 | 0 | 87,076,600 | 100% |
| 9/30/2011 | 87,076,600 | 0 | 87,076,600 | 100% |
| 12/31/2011 | 96,889,100 | 0 | 96,889,100 | 100% |
| 3/31/2012 | 98,663,200 | 0 | 98,663,200 | 100% |
| 6/30/2012 | 109,910,600 | 0 | 109,910,600 | 100% |
| 9/30/2012 | 116,040,700 | 0 | 116,040,700 | 100% |
| 12/31/2012 | 122,493,600 | 0 | 122,493,600 | 100% |
| 3/31/2013 | 116,224,500 | 0 | 116,224,500 | 100% |
| 6/30/2013 | 116,224,500 | 0 | 116,224,500 | 100% |
| 9/30/2013 | 113,631,400 | 0 | 113,631,400 | 100% |
| 12/31/2013 | 113,524,300 | 0 | 113,524,300 | 100% |
| 3/31/2014 | 133,392,400 | 0 | 133,392,400 | 100% |
| 6/25/2014 | 133,392,400 | 0 | 133,392,400 | 100% |

| Public Float of Barclays Ordinary Stock (BARC) | | | | |
|---|---|---|---|---|
| **Reporting Date** | **Reported Shares Outstanding** | **Total Insider Holdings** | **Float (Shares)** | **Float (%)** |
| 8/2/2011 | 12,189,349,000 | 36,951,248 | 12,152,397,752 | 99.7% |
| 9/30/2011 | 12,193,340,000 | 37,655,369 | 12,155,684,631 | 99.7% |
| 12/31/2011 | 12,199,475,000 | 35,968,017 | 12,163,506,983 | 99.7% |
| 3/31/2012 | 12,201,746,000 | 35,973,554 | 12,165,772,446 | 99.7% |
| 6/30/2012 | 12,234,896,000 | 36,207,252 | 12,198,688,748 | 99.7% |
| 9/30/2012 | 12,237,925,000 | 37,413,570 | 12,200,511,430 | 99.7% |
| 12/31/2012 | 12,242,634,000 | 37,271,579 | 12,205,362,421 | 99.7% |
| 3/31/2013 | 12,860,663,000 | 38,461,283 | 12,822,201,717 | 99.7% |
| 6/30/2013 | 12,865,337,000 | 38,466,950 | 12,826,870,050 | 99.7% |
| 9/30/2013 | 16,095,552,000 | 38,513,249 | 16,057,038,751 | 99.8% |
| 12/31/2013 | 16,111,876,000 | 39,938,166 | 16,071,937,834 | 99.8% |
| 3/31/2014 | 16,360,190,000 | 46,259,392 | 16,313,930,608 | 99.7% |
| 6/25/2014 | 16,415,076,000 | 30,833,729 | 16,384,242,271 | 99.8% |