# EXHIBIT 16

# Barclays PLC - Exhibit 16

**Autocorrelation Test**

*Sample Period:* 8/2/2011 - 6/25/2014

|  | Barclays ADS (BCS) | Barclays Stock (BARC) |
|---|---|---|
| Autocorrelation Coefficient | -0.052 | 0.012 |
| Observations | 728 | 731 |
| $t$-Statistic | -1.394 | 0.327 |
| $p$-Value[2] | 0.164 | 0.743 |

**Notes:**

1) Daily stock returns are calculated using last transaction prices recorded on sequential trading days during the Class Period. (Source: Bloomberg)

2) A $p$-value greater than 0.050 indicates that the estimated autocorrelation coefficient is statistically insignicant.