S.D.N.Y. – N.Y.C.
14-cv-5797
Marrero, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of September, two thousand sixteen.

Present:
    Jon O. Newman,
    Ralph K. Winter,
    Reena Raggi,
        *Circuit Judges*.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: Sept. 7, 2016 |

Joseph Waggoner, *et al.*,

        *Plaintiffs-Appellees*,

v.                                        16-1912

Barclays PLC, *et al.*,

        *Defendants-Appellants*

Chris Lucas, *et al.*,

        *Defendants*.

Appellants move to stay the district court's proceedings pending this appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/07/2016