UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
Barbara Strougo, Individually and on Behalf of : All Others Similarly Situated,

        Plaintiffs,

  -against-

Barclays PLC, Barclays Capital Inc., Robert Diamond, Antony Jenkins, Christopher Lucas, Tushar Morzaria, and William White,

        Defendants.

------------------------------------- X

Case No.  14-cv-5797 (VM)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Jeffrey Brown of Dechert LLP, hereby enter my appearance as counsel of record on behalf of Defendants Robert E. Diamond, Jr. and Antony Jenkins in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
May 7, 2018

DECHERT LLP

By: */s/ Jeffrey Brown*

Jeffrey Brown
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
jeffrey.brown@dechert.com