UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------  X
Barbara Strougo, Individually and on Behalf of   :
All Others Similarly Situated,
                                                 :
              Plaintiffs,                            Case No.  14-cv-5797 (VM)
                                                 :
       -against-
                                                 :
Barclays PLC, Barclays Capital Inc., Robert          NOTICE OF APPEARANCE
Diamond, Antony Jenkins, Christopher Lucas,      :
Tushar Morzaria, and William White,
                                                 :
              Defendants.
                                                 :
---------------------------------------  X
```

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Amanda Rios of Dechert LLP, hereby enter my appearance as counsel of record on behalf of Defendants Robert E. Diamond, Jr. and Antony Jenkins in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York  
May 7, 2018

DECHERT LLP

By: */s/ Amanda Rios*

Amanda Rios  
1095 Avenue of the Americas  
New York, New York 10036  
Tel.: (212) 698-3500  
Fax: (212) 698-3599  
amanda.rios@dechert.com