UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
BARBARA STROUGO, Individually and on Behalf of :
All Others Similarly Situated, :
:
Plaintiff(s), :
: Civil Action No.:
-against- : 1:14-cv-05797-VM
:
BARCLAYS PLC, BARCLAYS CAPITAL INC., :
ROBERT DIAMOND, ANTONY JENKINS, :
CHRISTOPHER LUCAS, TUSHAR MORZARIA, and :
WILLIAM WHITE, :
Defendants. :
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/18

## ORDER APPROVING WITHDRAWAL AS COUNSEL

This matter having come before the Court by the filing of a Motion to Withdraw as Counsel for Defendants Barclays PLC, Barclays Capital Inc., Robert Diamond, Antony Jenkins, Christopher Lucas, Tushar Morzaria, and William White by Stephanie S. Heglund,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Stephanie S. Heglund is hereby withdrawn as counsel of record for Defendants Barclays PLC, Barclays Capital Inc., Robert Diamond, Antony Jenkins, Christopher Lucas, Tushar Morzaria, and William White and fully discharged from any further representation or obligation in this case.

2. Remaining counsel of record will continue to represent Defendants Barclays PLC, Barclays Capital Inc., Robert Diamond, Antony Jenkins, Christopher Lucas, Tushar Morzaria, and William White.

3. Stephanie S. Heglund (email: heglunds@sullcrom.com) is removed from the mailing matrix and from receiving electronic filings in this case.

SO ORDERED.

6-4-18
DATE

VICTOR MARRERO, U.S.D.J.