UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS CAPITAL, INC., ROBERT DIAMOND, ANTONY JENKINS, CHRISTOPHER LUCAS, TUSHAR MORZARIA, and WILLIAM WHITE,<br><br>Defendants. | Case No.:   14-CV-5797-VM<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant William White.

I certify that I am admitted to practice in this court.

Dated: June 7, 2018

                                                  *s/ John P. Del Monaco*
                                                  John P. Del Monaco

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
john.delmonaco@kirkland.com

*Attorneys for Defendant William White*