```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

BARCLAYS PLC, BARCLAYS CAPITAL, INC., ROBERT DIAMOND, ANTONY JENKINS, CHRISTOPHER LUCAS, TUSHAR MORZARIA, and WILLIAM WHITE,

    Defendants.

Case No.: 14-CV-5797-VM

ECF Case

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Andrew M. Genser is no longer associated with Kirkland & Ellis LLP and should be removed as counsel of record for Defendant William White. Kirkland & Ellis LLP continues to represent Defendant William White and requests that all future correspondence and papers in this action continue to be directed to them.

Dated: June 7, 2018

                                            John P. Del Monaco
                                            KIRKLAND & ELLIS LLP
                                            601 Lexington Avenue
                                            New York, New York 10022
                                            Telephone: (212) 446-4800
                                            Facsimile: (212) 446-4900
                                            Email: john.delmonaco@kirkland.com

                                            *Attorneys for Defendant William White*

SO ORDERED.

6-8-18
DATE                  VICTOR MARRERO, U.S.D.J.