UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Strougo

Plaintiff,

-against-

Barclays et al.

Defendant.

Case No.  14 CV 5797 VM

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Andrew M. Genser
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AG6823_____   My State Bar Number is 2665602_____

I am,

[✓]     An attorney
[ ]     A Government Agency attorney
[ ]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Kirkland & Ellis LLP_____
              FIRM ADDRESS: 601 Lexington Ave, NY NY 10022_____
              FIRM TELEPHONE NUMBER: 212 446 4800_____
              FIRM FAX NUMBER: 212 446 4900_____

NEW FIRM:     FIRM NAME: Viking Global Investors LP_____
              FIRM ADDRESS: 280 Park Ave, NY NY 10017_____
              FIRM TELEPHONE NUMBER: 203 863 5000_____
              FIRM FAX NUMBER: 203 863 5001_____

[ ]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[✓]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on  6/8/18_____ by Judge Marrero_____.

Dated: June 18, 2018          /s Andrew M. Genser_____
                              _____
                              ATTORNEY'S SIGNATURE