UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff(s),

v.

BARCLAYS PLC, BARCLAYS CAPITAL INC., ROBERT DIAMOND, ANTONY JENKINS, CHRISTOPHER LUCAS, TUSHAR MORZARIA, and WILLIAM WHITE,

                Defendants.
------------------------------------------------------------ X

Case No. 1:14-cv-05797-VM-DCF

ECF CASE

**Motion Date: May 31, 2019**

### NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Unopposed Motion for Final Approval of Class Action Settlement, dated April 12, 2019, the accompanying Declaration of Tamar A. Weinrib, dated April 12, 2019, the exhibits annexed thereto, and all prior papers and proceedings herein, Class Representatives Mohit Sahni and Joseph Waggoner, through their undersigned attorneys, will move this Court, before the Honorable Victor Marrero, at the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, on May 31, 2019 at 10:00 a.m. in Courtroom 11B, for an Order (1) approving the terms and conditions of the Stipulation of Settlement, dated January 28, 2019 (the "Stipulation"), as fair, reasonable, and adequate for the settlement of all claims asserted by the Settlement Class against Defendants, (2) approving the proposed Plan of Allocation as a fair and

reasonable method to allocate the Net Settlement Fund among Settlement Class Members, and (3) entering Final Judgment dismissing this Action with prejudice.

Dated: April 12, 2019	Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

*Counsel for Plaintiffs and the Class*